**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, <br><br> *Plaintiff*, <br><br> *v.* <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission, <br><br> *Defendants*. | Case No. 26-cv-00532-JEB |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 and Local Civil Rule 65.1, Plaintiff the World Professional Association for Transgender Health ("WPATH") respectfully moves for a preliminary injunction enjoining Defendants, and others in active concert or participation therewith, from implementing or enforcing the Civil Investigative Demand issued by the Federal Trade Commission to WPATH on January 15, 2026, or taking further unlawful action interfering with or retaliating against WPATH's exercise of its First Amendment rights.  For the reasons set forth in the accompanying memorandum of law, the Court should grant this motion for preliminary injunction. A proposed order is attached hereto. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with Defendants' counsel about this motion, and Defendants' counsel stated that Defendants oppose the

motion.  WPATH respectfully requests that the Court schedule a hearing no later than April 15, 2026.

Date:   February 25, 2026                    */s/ Abbe David Lowell*
        Washington, D.C.                 Abbe David Lowell [Bar No. 358651]
                                             Schuyler J. Standley (*pro hac vice* pending)
                                           Isabella M. Oishi [Bar No.  90018056]
                                           LOWELL & ASSOCIATES, PLLC
                                           1250 H Street, N.W., Suite 250
                                           Washington, DC 20005
                                           T: (202) 964-6110
                                           F: (202) 964-6116
                                           ALowellpublicoutreach@lowellandassociates.com
                                           SStandley@lowellandassociates.com
                                           IOishi@lowellandassociates.com


                                           *Attorneys for WPATH*

2