UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

        *Plaintiff*,

        v.

FEDERAL TRADE COMMISSION, *et al*,

        *Defendants*.

Case No. 26-cv-00532-JEB

## DECLARATION OF LEO LEWIS IN SUPPORT OF WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH'S MOTION FOR PRELIMINARY INJUNCTION

I, Leo Lewis, declare as follows:

1. I am the Executive Director of the World Professional Association for Transgender Health ("WPATH"). If called upon to testify as to the facts set forth herein, I could and would testify competently thereto.

2. I have been the Executive Director of WPATH since February 24, 2025. As Executive Director my work involves, among other things, overseeing the internal and external operations of the WPATH; developing board policies and systems to ensure the effectiveness of the organization; supporting the organization's mission and strategies; improving processes for the organization to meet both long- and short-term objectives; setting standards and expectations for governing the organization; understanding and overseeing the current and future financial resources and expenditures of the organization; and working directly with the organization's board members, stakeholders, consultants, and members to advance WPATH's mission.

1

3. WPATH is a 501(c)(3) nonprofit and non-partisan organization dedicated to promoting science-based medical care, education, research, and public policy in transgender health.

4. WPATH is headquartered in, and has its principal place of business in, the State of Illinois. It is operated exclusively for charitable and educational purposes.

5. WPATH is an international membership organization with regional affiliated organizations in Europe and the United States.

6. Currently, WPATH has over 3,000 members.

7. WPATH was founded in 1979 as the Harry Benjamin International Gender Dysphoria Association, with the mission of promoting evidence-based medical care, education, research, public policy, and respect in transgender health.

8. WPATH has two core purposes, as set forth in its bylaws. First, it "provide[s] a mechanism whereby professionals from various subspecialties to interact and communicate with each other to share research and clinical practice experience affecting the health and well-being of transsexual, transgender, and gender-nonconforming people." Second, it "promote[s] meetings of interested professionals from a variety of professions" and "encourages the dissemination of knowledge and best practice guidelines regarding gender dysphoria, transgender health and wellbeing in general, to the professions and to the general public." WPATH's bylaws are available on our website, at https://wpath.org/wp-content/uploads/2024/11/Bylaws-APPROVED-by-Members-1-22-2016.pdf.

9. WPATH is internationally recognized for providing its Standards of Care ("SOC") for the treatment and health of transgender people globally. These SOC articulate a professional consensus about the psychiatric, psychological, medical, and surgical management of transgender

people, and are periodically updated to ensure that the standards reflect current research and professional consensus.

10. WPATH members work together to increase access to competent healthcare and address the medical needs and concerns of transgender people through collaboration of their expertise in education, public policy, clinical medicine, and research.

11. WPATH's administrative body is made up of an Executive Committee and a Board of Directors. The Executive Committee consists of the President, the Immediate Past-President, the President-Elect, the Secretary, and the Treasurer. The Board of Directors consists of one non-voting student liaison, the five Executive Committee officers, and one voting member for each Regional Affiliate of WPATH. WPATH's Board of Directors and Executive Committee members are volunteers. They come from a variety of backgrounds and specialties, including surgeons, medical professionals, pediatricians, mental health professionals, and public policy.

12. WPATH contracts with Veritas Association Management, an independent management company, for the services of its Executive Director, who carries out administrative work necessary for the day-to-day operation of the organization, including running its finances, coordinating and planning symposia and events, and providing information technology support.

13. Many WPATH members engage in clinical and academic research in their independent professional capacities relating to transgender healthcare. Others are legal professionals, social workers, psychologists, and medical providers.

14. WPATH frequently collaborates with unaffiliated membership organizations globally. These organizations and WPATH members work together to help ensure transgender people around the world have access to science-based, well-established, and effective treatment.

15. WPATH operates on a modest budget and generates revenue primarily through membership dues, education, and its symposia.

16. WPATH's financial disclosures and tax forms are public, and list WPATH's revenue sources and expenditures. These financial statements show that WPATH's revenue is used to effectuate its charitable and educational purpose, not for advertising, lobbying, or provision of services on behalf of its members.

17. WPATH does not advertise products or services to consumers. WPATH does not provide discounts, products, or services to its members. WPATH does not provide licenses or set requirements for clinicians, researchers, or other professionals to engage in their respective fields or professions.

18. WPATH undertakes many activities to effectuate its mission, including:

   a. Hosting educational and research symposia, as well as events, courses, and workshops to improve access to accurate and up-to-date information and research in the field of transgender health;

   b. Providing mentorship programs and a searchable directory of providers;

   c. Access to the International Journal for Transgender Health ("IJTH");

   d. Issuing statements regarding transgender healthcare;

   e. Participating in amicus briefs and lawsuits in cases relevant to WPATH's mission.

19. WPATH previously provided a secure online messaging and discussion platform for its members. The platform provided members an internal, protected space for WPATH members to discuss, debate, and brainstorm on topics such as evidence-informed healthcare, education, research, public policy, and respect for transgender individuals. Confidentiality of this

forum was critically important to WPATH and to members. We stopped offering the forum in April 2025.

20. WPATH's educational programming is run by its Global Education Initiative, which organizes and provides courses relating to transgender health to a variety of audiences. Attendees of WPATH's courses have worked in many contexts, such as federal and state government institutions, medical schools, private practices, and community hospitals. WPATH has also offered a WPATH Certification program, which signifies that a member has completed an educational curriculum that includes course work, mentorship, and a certification exam.

21. WPATH has been aware of the FTC's investigation into transgender healthcare since June 23, which was highly concerning for WPATH.

22. WPATH was not invited to participate or attend the FTC's July 9, 2025 workshop.

23. After receiving the CID, we decided to temporarily pause offering certain educational programs, such as online and in-person courses, mentorship programs, and certification examination–related functions, as well as closing our Journal Club (a recurring online meeting featuring discussion of articles from the IJTH that allows participants the opportunity to delve further into transgender health research topics and ask questions of the authors). We decided to do so because of the risk to its members and its mission that would be caused by the disclosures required by the CID and the scrutiny of the FTC.

24. WPATH members and staff have been increasingly harassed, intimidated, and subjected to threats of harm. Staff and members have experienced attacks via email, threatening phone calls and voicemails, and social media messages and posts threatening and harassing them by name. Recent posts on the social media platform X have displayed WPATH members covered in blood, and demanding they be locked up.

25. Members have been illegally videotaped during educational presentations and had their intellectual property misused and edited in a manner that has led to threats of violence.

26. Members and staff have been required to implement serious security measures in response to these threats and harassment, such as installing panic buttons and conducting security audits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2026.

_____

**Leo Lewis**
**EXECUTIVE DIRECTOR, WPATH**