**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>        *Plaintiff*,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>        *Defendants*. | Case No. 26-cv-00532-JEB |

**DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

I, Abbe David Lowell, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the law firm Lowell & Associates, PLLC. I represent Plaintiff the World Professional Association for Transgender Health ("WPATH") in this action. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. If called upon to do so, I could and would competently testify as follows:

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Civil Investigative Demand served on WPATH on January 16, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a WPATH Statement, titled "*USPATH & WPATH Condemn Decision in U.S. v Skrmetti Allowing States to Ban Access to Healthcare for Transgender Youth*" (June 18, 2025), available at: https://wpath.org/wp-content/uploads/2025/06/06.18.2025-USPATH-WPATH-Press-Statement.pdf (last accessed Feb. 23, 2026).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a WPATH Statement, titled "*WPATH Statement Regarding Executive Order 'Protecting Children From Chemical And Surgical Mutilation'*" (Jan. 28, 2025), available at: https://wpath.org/wp-content/uploads/2025/01/01.28.25-WPATH-Statement-Regarding-Executive-Order.pdf (last accessed Feb. 23, 2026).

5. Attached hereto as **Exhibit 4** is a true and correct copy of a WPATH Statement, titled "*WPATH and USPATH Response to the HHS Report on Gender Dysphoria*" (May 2, 2025), available at: https://wpath.org/wp-content/uploads/2025/05/WPATH-USPATH-Response-to-HHS-Report-02May2025-3.pdf (last accessed Feb. 23, 2026).

1

6. Attached hereto as **Exhibit 5** is a true and correct copy of a social media post by President Donald Trump (Jan. 28, 2025), available at: https://truthsocial.com/@realDonaldTrump/posts/113908666572035035 (last accessed Feb. 23, 2026).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Fact Sheet posted on the White House website, titled "*Report to the President on Protecting Children from Surgical and Chemical Mutilation*" (Apr. 28, 2025), available at: https://www.whitehouse.gov/fact-sheets/2025/04/report-to-the-president-on-protecting-children-from-surgical-and-chemical-mutilation-executive-summary/ (last accessed Feb. 23, 2026).

8. Attached hereto as **Exhibit 7** is a true and correct copy of an Article posted on the White House website, titled "*Don't Be a Panican. We're Winning — and We're Not Slowing Down*" (Feb. 9, 2026), available at: https://www.whitehouse.gov/articles/2026/02/dont-be-a-panican-were-winning-and-were-not-slowing-down/ (last accessed Feb. 23, 2026).

9. Attached hereto as **Exhibit 8** is a true and correct copy of a news article on Science.org, titled "*Researchers slam HHS report on gender-affirming care for youth*" (May 2, 2025), available at: https://www.science.org/content/article/researchers-slam-hhs-report-gender-affirming-care-youth (last accessed Feb. 23, 2026).

10. Attached hereto as **Exhibit 9** is a true and correct copy of a Department of Justice Memorandum, titled "*Preventing the Mutilation of American Children*" (Apr. 22, 2025), available at: https://www.justice.gov/ag/media/1402396/dl (last accessed Feb. 23, 2026).

11. Attached hereto as **Exhibit 10** is a true and correct copy of a Department of Justice Press Release, titled "*Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children*" (July 9, 2025), available at: https://www.justice.gov/opa/pr/department-justice-subpoenas-doctors-and-clinics-involved-performing-transgender-medical (last accessed Feb. 23, 2026).

12. Attached hereto as **Exhibit 11** is a true and correct copy of a New York Times Editorial Board opinion, titled "*Legally Creative, Democratically Dangerous: Trump's Plan to Twist the News*" (Feb 24, 2026), available at: https://www.nytimes.com/2026/02/24/opinion/fcc-ftc-free-speech-trump.html (last visited Feb. 24, 2026).

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document linked in a news article on Punchbowl News, titled "*As Chair, FTC Commissioner Touts He'd Pull Back on AI and Fight Trans Care*" (Dec. 6, 2024), available at: https://punchbowl.news/article/tech/ftc-commissioner-artificial-intelligencetrans-care/ (last accessed Feb. 23, 2026), which the article characterizes as a "resume-style document" created by FTC Chairman Andrew Ferguson, available at: https://punchbowl.news/wpcontent/uploads/FTC-Commissioner-Andrew-N-Ferguson-Overview.pdf (last accessed Feb. 23, 2026).

14. Attached hereto as **Exhibit 13** is a true and correct copy of a New York Times article, titled "*The F.T.C. Chairman Who Tilted the Agency to Trump*" (Dec. 8, 2025), available at: https://www.nytimes.com/2025/12/08/technology/ftc-andrew-ferguson-regulator.html (last accessed Feb. 23, 2026).

15. Attached hereto as **Exhibit 14** is a true and correct copy of a Daily Wire article, titled "*EXCLUSIVE: Federal Trade Commission Sets Sights On Transgender Procedures On Kids*" (May 21, 2025), available at: https://www.dailywire.com/news/exclusive-federal-trade-commission-is-setting-its-sights-on-transgender-procedures-on-kids (last accessed Feb. 23, 2026).

16. Attached hereto as **Exhibit 15** is a true and correct copy of a Fox News article, titled "*Twitter suspends pro-family think tank director after tweet opposing 'chemical castration' of children*" (Dec. 15, 2021), available at: https://www.foxnews.com/politics/twitter-suspends-pro-family-think-tank-director-for-opposing-chemical-castration-of-children (last accessed Feb. 23, 2026).

17. Attached hereto as **Exhibit 16** is a true and correct copy of a Reuters article, titled "*US FTC workshop criticizing medical care for transgender youth draws staff opposition*" (Jul 2, 2025), available at: https://www.reuters.com/legal/litigation/us-ftc-workshop-criticizing-medical-care-transgender-youth-draws-staff-2025-07-02 (last accessed Feb. 24, 2026), and its internally linked document titled "*Statement of Concern Dated July 2, 2025 from FTC Employees on the FTC's July 9 Workshop on Gender-Affirming Care,*" available at: https://fingfx.thomsonreuters.com/gfx/legaldocs/akvexqzyopr/FTC%20staff%20statement.pdf.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a Daily Signal news article, titled "*Federal Trade Commission to Investigate Deception, Fraud in Transgender Industry*" (Jul. 9, 2025), available at: https://www.dailysignal.com/2025/07/09/executive-branch-protecting-consumers-investigate-deception-transgender-industry (last accessed Feb. 23, 2026).

19. Attached hereto as **Exhibit 18** is a true and correct copy of an FTC webpage, titled "*The Dangers of 'Gender-Affirming Care' for Minors*" (held on July 9, 2025), available at: https://www.ftc.gov/news-events/events/2025/07/dangers-gender-affirming-care-minors (last accessed Feb. 23, 2026).

20. Attached hereto as **Exhibit 19** is a true and correct copy of a social media post by Joe Simonson (Jul 9, 2025), available at: https://x.com/SaysSimonson/status/1942937056843284634 (last accessed Feb. 23, 2026).

21. Attached hereto as **Exhibit 20** is a true and correct copy of a Daily Wire article, titled "*Trump Admin Hires Glenna Goldis, Lawyer Fired By Letitia James*" (Feb. 5, 2026), available at: https://www.dailywire.com/news/trump-admin-hires-glenna-goldis-lawyer-fired-by-letitia-james (last accessed Feb. 24, 2026).

22. Attached hereto as **Exhibit 21** is a true and correct copy of a transcript from the FTC Workshop on "*Exploring Unfair or Deceptive Trade Practices in 'Gender-Affirming Care' for Minors*" (held on July 9, 2025), available at: https://www.ftc.gov/system/files/ftc_gov/pdf/FTC-The-Dangers-of-Gender-Affirming-Care-for-Minors-Transcript.pdf (last accessed Feb. 24, 2026).

23. Attached hereto as **Exhibit 22** is a true and correct copy of the FTC-provided speaker and panelist biographies from the FTC Workshop on "*Exploring Unfair or Deceptive Trade Practices in 'Gender-Affirming Care' for Minors*" (held on July 9, 2025), available at:

3

https://www.ftc.gov/system/files/ftc_gov/pdf/Healthcare-Workshop-Speakers-July-9-2025.pdf (last accessed Feb. 24, 2026).

24. Attached hereto as **Exhibit 23** is a true and correct copy of a Daily Wire news article, titled "*'It's Blatant Consumer Fraud': Inside The FTC's Workshop On Transgender Procedures*" (Jul. 9, 2025), available at: https://www.dailywire.com/news/its-blatant-consumer-fraud-inside-the-ftcs-panel-on-transgender-procedures (last accessed Feb. 23, 2026).

25. Attached hereto as **Exhibit 24** is a true and correct copy of an FTC Press Release, titled "*FTC Requests Public Comment Regarding 'Gender-Affirming Care' for Minors*" (July 28, 2025), available at: https://www.ftc.gov/news-events/news/press-releases/2025/07/ftc-requests-public-comment-regarding-gender-affirming-care-minors? (last accessed Feb. 23, 2026), and its attached Request for Public Comment, available at: https://www.ftc.gov/system/files/ftc_gov/pdf/GAC-RFI-FINAL.pdf (last accessed Feb. 24, 2026).

26. Attached hereto as **Exhibit 25** is a true and correct copy of a social media post by Chairman Andrew Ferguson (Nov. 19, 2025), available at: https://x.com/AFergusonFTC/status/1991257084285874536 (last accessed Feb. 23, 2026).

27. Attached hereto as **Exhibit 26** is a true and correct copy of a social media post by Annie Chiang (Nov. 19, 2025), available at: https://x.com/realAnnieChiang/status/1991257285612454159 (last accessed Feb. 23, 2026).

28. Attached hereto as **Exhibit 27** is a true and correct copy of a social media post by Joe Simonson (Feb. 10, 2026), available at: https://x.com/SaysSimonson/status/2021295311705063465 (last accessed Feb. 23, 2026).

29. Attached hereto as **Exhibit 28** is a true and correct copy of three job postings on USAjobs.gov, available at: https://www.usajobs.gov/job/856161000; https://www.usajobs.gov/job/856161100; and https://www.usajobs.gov/job/856161200 (last accessed Feb 24, 2026).

30. Attached hereto as **Exhibit 29** is a true and correct copy of an email communication from Federal Trade Commission Staff (Jonathan Cohen, Annie Chiang, and Hans Clausen) to counsel for WPATH (Abbe Lowell, David Dale, Schuyler Standley, and Isabella Oishi), sent on Feb. 2, 2026.

31. Attached hereto as **Exhibit 30** is a true and correct copy of three email communications between Federal Trade Commission Staff (Jonathan Cohen, Annie Chiang, Jennie Hitchcock, Katherine White, and Hans Clausen), and counsel for WPATH (Abbe Lowell, David Dale, Schuyler Standley, and Isabella Oishi), exchanged on Feb. 5–7, 2026.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a memorandum attached to the email correspondence from Federal Trade Commission Staff (Jonathan Cohen, Annie Chiang, Jennie Hitchcock, Katherine White, and Hans Clausen) to counsel for WPATH (Abbe Lowell, David Dale, Schuyler Standley, and Isabella Oishi), sent on Feb. 5, 2026.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on February 25, 2026, in Washington D.C.

                                                                  */s/ Abbe David Lowell*
                                                                   Abbe David Lowell [Bar No. 358651]