UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-00532-JEB |

**DECLARATION OF SCHUYLER STANDLEY IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

I, Schuyler Standley, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the law firm Lowell & Associates, PLLC. I represent Plaintiff the World Professional Association for Transgender Health ("WPATH") in this action. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. If called upon to do so, I could and would competently testify as follows:

2. On January 15, 2026, the FTC issued a Civil Investigative Demand ("CID") to WPATH containing 28 Specifications.

3. WPATH received the CID on Friday, January 16, 2026. It retained outside counsel to respond to this investigation, including Abbe David Lowell, Isabella Oishi, and myself.

4. On January 30, 2026, at 1:00 p.m. EST, we met with FTC representatives, including Jonathan Cohen, Gregory Ashe, Hans Clausen, and Annie Chiang (hereinafter, "Commission Staff") to discuss the CID. We set forth our preliminary objections to the CID. We reserved the

1

right to raise further objections to the CID in the second meet-and-confer. Commission Staff stated that they would provide WPATH with a proposed production schedule in writing.

5. On February 3, 2026, at 12:00 p.m. EST, Abbe Lowell, Isabella Oishi, and I engaged in a second meet-and-confer with Commission Staff (Jonathan Cohen, Annie Chiang). We discussed our objections to the CID, including that it was outside of the FTC's jurisdiction and that it violated WPATH's First Amendment rights. Commission Staff refused to tell us whether WPATH was the subject of the investigation, or if it was using WPATH to target others, despite the clear definition of the investigation in the CID.

6. On February 5, 2026, Commission Staff sent WPATH a memorandum summarizing some of WPATH's objections and responding to certain issues, such as responding to WPATH's counsel's questions regarding certain term clarifications.

7. On February 6, 2026, WPATH sent Commission Staff a counterproposal that we believed would provide the Commission with at least some responsive information without further infringement on WPATH's First Amendment rights. WPATH further requested a seven-day extension of the Petition to Quash deadline, as the discussions regarding the CID were ongoing.

8. On February 7, 2026, Commission Staff declined the counterproposal. It did not respond to WPATH's request for a seven-day extension for the Petition to Quash and the production schedule.

9. On February 9, 2026, WPATH's counsel responded to Commission Staff in an email, explaining that it provided the counterproposal in good faith. We notified Commission Staff that WPATH would file a Petition to Quash, as we had not received resolution of our objections by its due date.

10. During these conversations and correspondences, it was my strong impression that, while Commission Staff were willing to clarify the meaning of certain terms or requests, they were not willing to make any meaningful changes to the CID to address our objections. Commission Staff appeared to believe that a Petition to Quash was inevitable. They were not receptive to requests for extensions, despite ongoing negotiations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on February 24, 2026.

                                            */s/ Schuyler J. Standley*
                                            Schuyler J. Standley

                                            LOWELL & ASSOCIATES, PLLC
                                            1250 H Street, NW, Suite 250
                                            Washington, DC 20005
                                            Telephone: (202) 964-6110
                                            Facsimile: (202) 964-6116
                                            sstandley@lowellandassociates.com