# Exhibit 2



**June 18, 2025**

**Media Contact:**
**Media@WPATH.org**

### USPATH & WPATH Condemn Decision in *U.S. v Skrmetti* Allowing States to Ban Access to Healthcare for Transgender Youth

**Washington, D.C.** – Today, in response to the U.S. Supreme Court decision in *U.S. v. Skrmetti*, which effectively allows states to ban access to care for transgender and gender diverse youth, the United States Professional Association for Transgender Health (USPATH) and World Professional Association for Transgender Health (WPATH), issued the following statement:

> *"Today's Supreme Court ruling is a dangerous setback for transgender health and human rights in the United States. This decision will effectively allow states to ban evidence-based gender-affirming healthcare for thousands of transgender and gender diverse youth and their families. Furthermore, it will make it much more difficult to create an evidence base to support access to healthcare of this kind.*

> *A ruling like this does not change the fundamental fact that transgender youth exist, their lives are improved when they can access care and are harmed whenever the government comes in between them and the professional experts trained to provide them this care. Let us be clear – healthcare bans of any kind are rooted in stigma, misinformation, and fear and this one comes at the expense of the youth in need of this care.*

> *USPATH and WPATH stand committed to continuing to provide best-practice guidelines to healthcare professionals around the world and in accordance with the law. And we stand ready to support practitioners, families, patients, and communities working to protect access to lawful care for transgender and gender diverse individuals."*

**About WPATH:**
The World Professional Association for Transgender Health (WPATH) is a 501(c)(3) non-profit, interdisciplinary professional and educational organization devoted to transgender health. Our professional, supporting, and student members engage in academic research to develop evidence-based medicine and strive to promote a high quality of care for transsexual, transgender, and gender-nonconforming individuals internationally. We are funded primarily through the support of our membership, and through donations and grants sponsored by non-commercial sources.

For more information on WPATH, please visit WPATH.org.

### ###