# Exhibit 3



# WPATH STATEMENT REGARDING EXECUTIVE ORDER "PROTECTING CHILDREN FROM CHEMICAL AND SURGICAL MUTILATION"

**January 28, 2025**

We are disappointed with this latest executive order. Policies that restrict or ban access to necessary medical care for transgender youth are harmful to patients and their families. Transgender youth need comprehensive, individualized, family-based care from multidisciplinary teams. Healthcare decisions should be made by patients, families, and their healthcare professionals, guided by evidence-based practices, clinical guidelines, and individual needs rather than government mandates.

Asa Radix, MD, PhD, MPH
WPATH President