# Exhibit 4



**WPATH AND USPATH RESPONSE TO THE HHS REPORT ON GENDER DYSPHORIA**

*Press Release*

**FOR IMMEDIATE RELEASE**

May 2, 2025

**East Dundee, IL/ USA -** The World Professional Association for Transgender Health (WPATH) and the US Professional Association for Transgender Health (USPATH) are deeply concerned about the U.S. Department of Health and Human Services (HHS) report released yesterday. This report misrepresents existing research and disregards the expertise of professionals who have been working with transgender and gender-diverse youth for decades.

Transgender young people deserve healthcare that is informed by science, compassion, and respect. Gender-affirming care is backed by rigorous research, expert consensus, and patient-centered values. Studies consistently show its positive impact, including improved mental health and overall quality of life.

The HHS report fails to meet established scientific standards. Authored anonymously, it relies on discredited narratives and selectively compiles prior systematic reviews, omitting critical findings from recent studies that support treatment interventions for appropriately identified individuals. Instead of conducting a new systematic review, the report dismisses multiple international clinical guidelines and disregards the prevailing medical consensus on gender-affirming care.

The HHS report claims that psychotherapy is the only viable treatment for youth with gender dysphoria—a position we firmly reject. Moreover, it misrepresents WPATH by suggesting that it equates conversion therapy with psychotherapy, a notion we unequivocally oppose. WPATH supports a comprehensive, multidisciplinary assessment, ensuring that mental health professionals evaluate and address any co-occurring mental health conditions in youth who are exploring their gender identity and options for treatment.

Clinical practice guidelines, including WPATH's Standards of Care Version 8 (SOC8), are developed thorough evaluation of evidence, clinical expertise, patient values and preferences, and cultural and contextual considerations. SOC8 emphasizes ongoing

research into outcomes for transgender youth while advocating for developmentally appropriate clinical services. Efforts to halt research funding and ban gender-affirming interventions threaten the health and dignity of transgender individuals and hinder medical progress.

Healthcare decisions should remain in the hands of patients, their families, and qualified clinicians—not politicians.

We urge policymakers to engage in meaningful dialogue grounded in scientific integrity. Policies affecting transgender health must be informed by recognized experts and guided by clinical evidence, not ideology.

**Contact Information:**

Email: wpath@wpath.org | Website: www.wpath.org