# Exhibit 7



NEWS   GALLERY   LIVESTREAM   INVESTMENTS   SAVE AMERICA   WH WIRE   CONTACT   NEW

ARTICLES

Don't Be a Panican. We're Winning — and We're Not Slowing Down.

The White House

February 9, 2026

**Under President Donald J. Trump's leadership, this Administration is smashing through the chaos and destruction left by Democrats and unleashing the most aggressive pursuit of the America First agenda in history.** While the Fake News and Radical Left collude to distract, depress, and divide, they're simply lying to mask the undeniable truth: America is safer, stronger, richer, and more secure than at any point in decades.

**Don't take the bait.** New victories pour in daily as President Trump delivers on his promises and rebuilds the foundation for long-term success in the greatest nation on Earth.

**Here are a few things to celebrate from just the past few days:**

Stock Market Explodes and Retirement Accounts Soar
The Dow Jones Industrial Average just shattered 50,000 for the first time ever. With the S&P 500 and Nasdaq also smashing records, Americans' 401(k)s and retirement savings are booming under President Trump's pro-growth policies, proving that the economy is roaring back stronger than ever.

ICE Hammers Criminal Illegals
In just the past week, ICE arrested 650 illegals in West Virginia — including a convicted child sex abuser, drug pushers, burglars, and fraudsters. Nationwide, ICE continues removing convicted murderers, terrorists, drug traffickers, sex offenders, child abusers, domestic abusers, money launderers, and scores of other dangerous criminal illegals. In Minnesota, Operation Metro Surge has already taken over 4,000 criminal illegals off the streets — and it's not stopping.

Ending the Barbaric Mutilation of Kids
Minnesota's largest children's hospital just halted prescriptions of puberty blockers and cross-sex hormones for minors, joining a growing list of institutions finally backing down amid the Trump Administration's relentless pressure. The American Society of Plastic Surgeons came out in opposition to gender mutilation surgeries for children — becoming the first major medical group to do so.

Court Victory Locks in Tough Immigration Enforcement

1

A federal appeals court just upheld the Trump Administration's policy of detaining illegal aliens — validating the strong measures that have driven illegal crossings to historic lows and sent a crystal-clear message: Under President Trump, if you enter illegally, you will be detained and removed.

*Crime Drops to New Record Lows*

After record high crime across the country under Biden's defund the police era, the murder rate has plunged to a 125-year low as crime falls across the board, according to new data. After the Trump Administration surged federal resources into crime-plagued Washington, D.C., the District went three weeks into the new year before recording its first homicide — the first time the nation's capital had gone more than ten days into a new year without a murder in at least three decades.

*Everyday Costs Continue Moderating*

National median rents have fallen to a four-year low following six consecutive monthly declines, while mortgage affordability has surged to a four-year high following President Trump's bold action to make homeownership affordable again. PepsiCo announced price cuts of up to 15% on core brands. And President Trump launched TrumpRx.gov, a transformative new government platform that gives Americans direct access to dramatically lower prices on common, high-cost prescription drugs. There's a reason consumer sentiment has spiked to a six-month high.

*Border Remains Sealed Up*

For an unprecedented ninth straight month, there were ZERO illegal border crossings at the southern border — an achievement unparalleled in modern history.

These wins aren't happening by accident — they come after President Trump lodged the most productive first year of a presidential term in modern history. President Trump promised to Make America Great Again, and he's delivering bigger, faster, and harder than ever before.

**The momentum is unstoppable.** Don't be a Panican; America is winning again — and more victories are coming.

*Related*

President Trump Celebrates America's New Golden Age on Presidents' Day

Articles  |  February 16, 2026
*Monday Morning Wins: Call It the "Trump Effect"*

Articles  |  March 3, 2025
*365 WINS IN 365 DAYS: President Trump's Return Marks New Era of Success, Prosperity*

2