# Exhibit 8

ADVERTISEMENT

HOME  >  NEWS  >  SCIENCEINSIDER  >  RESEARCHERS SLAM HHS REPORT ON GENDER-AFFIRMING CARE FOR YOUTH

SCIENCEINSIDER    SCIENTIFIC COMMUNITY

# Researchers slam HHS report on gender-affirming care for youth

Critics say the report, which declines to disclose its authors, contradicts decades of scientific research

2 MAY 2025 · 5:25 PM ET · BY PHIE JACOBS

![Protesters holding a large transgender pride flag and a "Protect Trans Youth" sign at a rally]

A report published this week is the latest in a series of actions—some of which have sparked protest—from President Donald Trump's administration targeting gender-affirming care for trans individuals. STEPHANIE KEITH/BLOOMBERG VIA GETTY IMAGES

SHARE:

🔊 LISTEN TO THIS ARTICLE                                                                              ⌄

In response to a directive from President Donald Trump, the Department of Health and Human Services (HHS) yesterday released an expansive review of the scientific literature surrounding treatments for gender dysphoria—the sense of distress many transgender people experience when their gender identity doesn't align with the sex they were assigned at birth.

The 400-page document, whose authors are not named, asserts that the evidence does not support providing gender-affirming medical interventions for children and adolescents. It adds that such treatments—including puberty-blocking medications and hormones—are associated with significant risks. That claim challenges the guidance of multiple major medical associations, including the American Academy of Pediatrics (AAP), which was quick to issue a response reaffirming its stance. "This report misrepresents the current medical consensus and fails to reflect the realities of pediatric care," an AAP statement read.

Advocates for trans youth also expressed outrage at the report. The HHS report "is a rejection of decades of science, evidence, and direct experiences by young people, their doctors, and their families," says Casey Pick, who serves as the director of law and policy at the Trevor Project—a nonprofit organization focused on suicide prevention efforts for LGBTQ young people.

**SIGN UP FOR THE AWARD-WINNING *SCIENCE*ADVISER NEWSLETTER**

The latest news, commentary, and research, free to your inbox daily

**SIGN UP**  ❯

"The finger was already on the scale when this report was commissioned," says Kellan Baker, a health services researcher who serves as executive director of the Whitman-Walker Institute for Health Research and Policy. In recent years, more than half of all states, including Florida and Tennessee, have implemented policies restricting or banning gender-affirming care for minors. Soon after taking office in January, Trump gave HHS a 90-day deadline to publish the review in an executive order titled "Protecting Children from Chemical and Surgical Mutilation," which claimed without evidence that medical professionals in the United States "are maiming and sterilizing a growing number of impressionable children" and threatened to revoke federal funding from hospital clinics that provide gender-affirming care to minors.

A mere 90 days is not enough time to conduct a thorough review, Baker argues. By contrast, the most recent standards for the treatment of gender dysphoria in youth issued by the World Professional Association for Transgender Health (WPATH)—an organization that determines the clinical protocols used by the majority of professionals who work with trans people—took more than a decade to compile with numerous systematic reviews, and "reflect the consensus of hundreds of experts in transgender health from around the world," Baker says. (In its report, HHS dismisses WPATH as an ideologically motivated organization.)

Baker and others say the report misrepresents existing scientific evidence and promotes misinformation. In several places, for example, it references "social contagion" and "rapid-onset gender dysphoria" as reasons why more youth are identifying as transgender—a theory popularized by a 2018 study that has been criticized as having methodological flaws and dismissed by major medical associations. It also suggests autism is a cause of gender dysphoria, an implication that the Autistic Self Advocacy Network, a nonprofit organization run by and for autistic people, condemned in a statement.

ADVERTISEMENT

Sean Cahill, who serves as director of health policy research at the Fenway Institute, also disputes the report's claim that treatments such as puberty blockers and hormones have shown no evidence of benefits. It either downplays or dismisses studies that have found that access to these treatments leads to improved mental health, Cahill says. The report also claims these treatments are associated with significant harms even though it found "sparse" to no evidence of such harm.

The report raises a familiar concern about gender-affirming care: that youth who receive it will stop identifying as trans as adults and come to regret the medical interventions they received. But critics note that studies have found gender-affirming care is associated with high levels of satisfaction and very low rates of detransition or regret.

The report promotes psychotherapy as the only safe approach for treating gender dysphoria in children and adolescents, Cahill notes, even though there is no evidence to suggest therapy can change a person's gender identity. "Ex-trans therapy doesn't work," he says, "and it causes harm."

Cahill argues that the HHS report's focus on "exploratory psychotherapy" is a subtle endorsement of conversion therapy—the attempt to change sexual orientation or gender identity through therapy, a practice that has been linked to high rates of depression and suicide among LGBTQ youth. Although the report itself denies promoting conversion therapy, the approach it encourages "is basically conversion therapy by another name," Cahill says.

2

HHS has thus far declined to say who authored the report, saying in a press release that names of contributors "are not initially being made public, in order to help maintain the integrity of this process." A White House fact sheet released on Monday stated the agency "coordinated with a team of eight distinguished scholars" to produce the report, although their names have not yet been released either. "That's one more reason why I can tell you this is an ideological, political document and not a scientific one," Pick says. "Scientists stand by their work. There is nobody standing by this thing."

doi: 10.1126/science.z5l6dnk

**RELEVANT TAGS:**

SCIENTIFIC COMMUNITY    TRUMP ADMINISTRATION

## ABOUT THE AUTHOR



### Phie Jacobs
Author

Phie Jacobs is a general assignment reporter at *Science*.

## MORE FROM NEWS



**24 FEB 2026**

### Could dewdrops explain why plants are flowering earlier?

BY RACHEL NUWER



**23 FEB 2026**

### Ancient artifacts hint at earliest protowriting

BY TAYLOR MITCHELL BROWN



**23 FEB 2026**

### Hubble spotted a 'dark galaxy' that's at least 99.9% dark matter

BY DANIEL CLERY

**VIEW MORE** ＞

Got a tip for Science's news department?    **CONNECT** ＞

**Sign up for ScienceAdviser**

Get *Science*'s award-winning newsletter with the latest news, commentary, and research, free to your inbox daily.

**SUBSCRIBE** ＞

ADVERTISEMENT

3