# Exhibit 10



**PRESS RELEASE**

# Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children

Wednesday, July 9, 2025

**For Immediate Release**

Office of Public Affairs

WASHINGTON — Today, the Department of Justice announced that it has sent more than 20 subpoenas to doctors and clinics involved in performing transgender medical procedures on children.

The Department's investigations include healthcare fraud, false statements, and more.

"Medical professionals and organizations that mutilated children in the service of a warped ideology will be held accountable by this Department of Justice." — Attorney General Pamela Bondi

*Updated July 9, 2025*

**Topic**

1

**HEALTH CARE FRAUD**

**Component**

[Office of the Attorney General](#)

Press Release Number: 25-717

# Related Content

---

**PRESS RELEASE**

### President of Insurance Brokerage Firm and CEO of Marketing Company Sentenced in $233M Affordable Care Act Enrollment Fraud Scheme that Preyed on Vulnerable Consumers

Two executives were each sentenced to 20 years in prison after being convicted for their roles in a years-long scheme to steal from the Affordable Care Act (ACA) program.

**February 18, 2026**

---

**PRESS RELEASE**

### Pharmacy Owner and Pharmacists Sentenced for Pill Mill Scheme Involving Hundreds of Thousands of Opioid Pills

A Texas pharmacy owner and three Texas pharmacists were sentenced today in Houston for unlawfully distributing more than half a million opioid pills and other commonly abused prescription drugs, including...

**September 25, 2025**

2