# Exhibit 15

# Twitter suspends pro-family think tank director after tweet opposing 'chemical castration' of children

## The banned tweet denounced 'the evil gender ideology being forced on America's children'

A policy director at a pro-family think tank was temporarily suspended from Twitter on Wednesday after calling on governors to support legislation that bans the chemical castration of children.

Jon Schweppe, who serves as director of policy and government affairs at American Principles Project (APP), tweeted, "Now we hope that governors will likewise be emboldened to continue the fight against the evil gender ideology being forced on America's children by joining Arkansas and Tennessee in banning the chemical castration and surgical mutilation of minors suffering from gender dysphoria."

Schweppe's tweet was in response to a press release Tuesday from APP that praised Gov. Kristi Noem, R-S.D., for pressing the South Dakota State Legislature to pass legislation that would limit participation in female sports — both at the collegiate and K-12 levels — based on the sex identified on an athlete's birth certificate.



Schweppe's tweet drew a temporary ban from Twitter, which claimed his comment violated "rules against hateful conduct," according to screenshots posted by the organization.

### JOSH HAWLEY: WE OUGHTA BREAK UP TWITTER

Schweppe appealed to the social media giant to reverse his suspension but was denied.

1

## TWITTER SUSPENDS ACCOUNT PROVIDING GHISLANE MAXWELL TRIAL UPDATES

"Our support team has determined that a violation did take place, and therefore we will not overturn our decision," Twitter told Schweppe.

"Not sure what was hateful about my statement," Schweppe told Fox News Digital in a statement. "I was calling for an end to the violence being perpetrated on these children. Another example of the upside-down world of the woke left, where war is peace, freedom is slavery, ignorance is strength and protecting children from sexual abuse is violence."



Twitter did not immediately respond to Fox News' request for comment.

## CLICK HERE TO GET THE FOX NEWS APP

Twitter's move against Schweppe comes as the social media giant faces criticism from some who claim it is clamping down on free speech. APP has called for a legislative solution to Big Tech censorship.

If Twitter receives a report about "unauthorized private media" under a revised privacy policy, it can now take action against pictures posted without consent, even if the image is "shared without any explicit abusive content." The move came right after its former CEO, Jack Dorsey, stepped down.

Sen. Josh Hawley, R-Mo., recently blasted the company for its new privacy policy during an interview with "Fox News Primetime."

"We ought to break them up," Hawley said of the Big Tech companies. "At the end of the day, here's the deal: The last thing America needs is another Big Tech robber baron who doesn't care anything for free speech, and that's exactly what Twitter is giving us."

*Fox News' Hannah Grossman contributed to this report.*

2