# Exhibit 16



**Learn more about　LSEG**

 　　　　My News　　　　Sign In　　Subscribe - $1/wk　　≡

# US FTC workshop criticizing medical care for transgender youth draws staff opposition

By **Jody Godoy**

July 2, 2025 6:43 PM EDT · Updated July 2, 2025



[1/2] United States Federal Trade Commission logo and U.S. flag are seen in this illustration created on April 23, 2025. REUTERS/Dado Ruvic/Illustration/File Photo Purchase Licensing Rights 

## Summary　　Companies

- Group of FTC staff oppose workshop on transgender youth healthcare
- FTC's consumer protection authority does not cover doctor-patient relationship, staff say

- FTC spokesperson says staff who oppose workshop can quit

July 2 (Reuters) - Some staff members at the U.S. Federal Trade Commission have raised concerns about a planned workshop by the agency on what it calls the dangers of gender-affirming medical care for transgender youth, saying it oversteps the FTC's consumer-protection authority, according to a letter seen by Reuters.

The workshop "would chart new territory for the Commission by prying into confidential doctor-patient consultations," the group of staff wrote in an anonymous statement of concern sent to members of Congress.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Advertisement · Scroll to continue



"Simply put, in our judgment, this is not the FTC's lane," they said.

The workshop is part of a larger campaign to curtail trans rights during President Donald Trump's second term. Trump issued orders in his first days in office stating the U.S. government does not recognize gender identity apart from "an individual's immutable biological classification as either male or female" and cutting funding for gender-affirming care for youth. That policy faces a court challenge.

FTC Chairman Andrew Ferguson, a Republican who was appointed to the Commission by former President Joe Biden and named its chair by Trump in January, has sought to use the FTC's antitrust and consumer-protection authority to tackle conservative issues, such as perceived online censorship.

Advertisement · Scroll to continue

Gender transition treatments, often called gender-affirming care, can include puberty-blocking drugs, hormones and sometimes surgery. The American Academy of Pediatrics has said that gender-affirming care can improve mental health for minors with gender dysphoria, and the organization opposed policymakers interfering in the doctor-patient relationship. Conservative lawmakers in 25 states have passed laws restricting minors from receiving the treatments.

The FTC has broad consumer-protection authority to bring enforcement actions against unfair or deceptive business practices. In announcing the workshop, the FTC said that authority could apply if "medical professionals or others omitted warnings about the risks or made false or unsupported claims about the benefits and effectiveness of gender-affirming care for minors."



The theory would intrude on the doctor-patient relationship and risk politicizing the agency's work, the letter said. The letter called on Ferguson to cancel the event, or alternatively to open a 60-day public comment period for the commission to hear a broader range of views.

FTC spokesperson Joe Simonson said in a statement that "staff who oppose a workshop designed to better understand the concerns of tens of millions of parents, children, and medical professionals are free to resign."

"No sane person could endorse the needless mutilation of children. Every American should be troubled by the possibility that parents and their children were misled about the use of medical 'therapies' that may have caused serious harm," he said.

The staff letter also raised concerns that the workshop created a hostile work environment for the agency's LGBTQ employees, given the views expressed by some of the invited speakers.

Sponsored Content                                                               Dianomi Advertise Here



Expert research built right into E*TRADE's powerful platform

Sponsored by
E*TRADE from Morgan Stanley



Today's Markets: What Investors Should Know Now

Sponsored by
Charles Schwab



9 Steps to a DIY Financial Plan

Sponsored by
Charles Schwab

"It is unacceptable to subject our LGBTQ+ colleagues—in their place of work—to individuals who deny their existence and disrespect their humanity," the staff wrote.

Staff who signed the letter did so anonymously for fear of retaliation, while some others opposed the effort out of concern that even an anonymous letter would trigger reprisals, according to sources familiar with the effort.

Biden urged the FTC in 2022 to use its consumer-protection authority to review whether "conversion therapy," intended to change a minor's sexual orientation or gender identity, could be considered an unfair or deceptive business practice. The FTC, then led by Lina Khan, did not take any public action.

Reporting by Jody Godoy in New York; Additional repoting by David Shepardson in Washington; Editing by Matthew Lewis

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Litigation    Health    Social Impact    Regulatory Oversight    Civil Rights

Purchase Licensing Rights



**Jody Godoy**
Thomson Reuters

Jody Godoy reports on tech policy and antitrust enforcement, including how regulators are responding to the rise of AI. Reach her at jody.godoy@thomsonreuters.com

 

## Read Next / Editor's Picks

Government
**US Supreme Court won't bite in Cracker Barrel case over scope of wage law**
23 hours ago

Litigation
**Bayer sues Johnson & Johnson over claim that prostate cancer drug cuts risk of death**
20 hours ago



Litigation
**JetBlue must face $100 million American Airlines lawsuit in Texas, judge rules**
February 20, 2026

Government
**US judge questions DOJ handling of Washington Post reporter search**
February 20, 2026



## Statement of Concern Dated July 2, 2025
## from FTC Employees on the
## FTC's July 9 Workshop on Gender-Affirming Care

*The following statement has been composed strictly on personal time and devices. None of the signatories purport to speak for the Federal Trade Commission, any individual Commissioner, or any other component of the agency. The signatories speak only in their personal capacities to blow the whistle about potential mismanagement, waste of funds, abuse of authority, creation of a hostile work environment, and threats to public health posed by the FTC's workshop.*

The signatories are concerned about the FTC's recent announcement that it will host a workshop called "The Dangers of 'Gender-Affirming Care' for Minors" on July 9, 2025. The workshop's title, agenda, and the announcement's use of charged language suggest the Commission has already taken a position opposing gender-affirming care for minors.

The press release states that the FTC's authority "could be implicated if there is evidence that medical professionals or others omitted warnings about the risks or made false or unsupported claims about the benefits and effectiveness of gender-affirming care for minors." This expansive oversight theory would chart new territory for the Commission by prying into confidential doctor-patient consultations.

Regulation of the practice of medicine falls under the jurisdiction of state licensing boards, not the FTC. To be sure, the FTC has challenged deceptive commercial speech promoting widely advertised health products. For example, the FTC has sued many companies for false online advertisements claiming that an over-the-counter drug will cause rapid weight loss. But the FTC has not historically intervened in the confidential, individualized advice given across a series of professional, consent-based appointments protected by the doctor-patient relationship. This is a critical distinction between past consumer protection law enforcement matters concerning health and what the Commission now appears ready to police.

The FTC's mandate is to address unfair or deceptive practices in interstate commerce—not to second-guess established medical standards widely accepted by experts in the field, based on their professional judgment,[1] or to overrule clinical and familial decision-making. Simply put, in our judgment, this is not the FTC's lane.

Straining the FTC's legal authority to intrude on the doctor-patient relationship is even more troubling when it relates to a politically charged topic, as it risks casting the FTC as a partisan actor. This can only diminish the credibility of the agency and its effectiveness as an unbiased law enforcer.

As the Chairman warned in his "Staying in Our Lane" speech last year, the use of consumer protection authority to "address general issues of political and social significance" outside of the FTC's lane "undermines the rule of law."[2]

---

[1] Medical professionals overwhelmingly support access to appropriate gender-affirming care for transgender people, including children. *See, e.g.*, Joanne LaFleur, et. al, *Gender-Affirming Medical Treatments for Pediatric Patients with Gender Dysphoria*, UNIV. OF UTAH COLL. OF PHARMACY (May 19, 2025) ("[A]fter having spent many months searching for, reading, and evaluating the available literature, it was impossible for us to avoid drawing some high-level conclusions. Namely, the consensus of the evidence supports that the treatments are effective in terms of mental health, psychosocial outcomes, and the induction of body changes consistent with the affirmed gender in pediatric [] patients. The evidence also supports that the treatments are safe in terms of changes to bone density, cardiovascular risk factors, metabolic changes, and cancer. . . . Based on the reviewed evidence included in this report, it is our expert opinion that policies to prevent access to and use of [gender-affirming hormonal therapy] for treatment of [gender dysphoria] in pediatric patients cannot be justified based on the quantity or quality of medical science findings or concerns about potential regret in the future, and that high-quality guidelines are available to guide qualified providers in treating pediatric patients who meet diagnostic criteria.").

[2] *Staying in Our Lane: Resisting the Temptation of Using Consumer Protection Law to Solve Other Problems*, Prepared Remarks of Commissioner Andrew N. Ferguson, International Consumer Protection and Enforcement Network ("ICPEN") Fall Conference (Sept. 27, 2024).

In addition to our concerns about how the July 9 workshop could stain the Commission's reputation and exceed its authority, we write to express that the workshop has created a hostile work environment for our trans colleagues and their allies. The Commission plans to welcome speakers to our workplace such as Erin Friday, who has consistently, publicly, and gleefully denigrated trans people,[3] and Miriam Grossman, who is known for promoting conversion therapy for gay and trans people. It is unacceptable to subject our LGBTQ+ colleagues—in their place of work—to individuals who deny their existence and disrespect their humanity.

The signatories respectfully call on the FTC to cancel the July 9 workshop, or at the very least, open a public docket to receive comments for a 60-day period to ensure the FTC hears from all relevant stakeholders on this issue.

This letter is signed anonymously because staff have credible fear of retaliation from the Trump-Vance FTC.

Sincerely,

149 FTC employees, with a total of 1,288 years of service to the FTC

---

[3] E.g., https://x.com/ErinFriday5490/status/1884858723459567678, https://x.com/ErinFriday5490/status/1909457939150360728, https://x.com/ErinFriday5490/status/1839499449225384422.