# Exhibit 18



# The Dangers of "Gender-Affirming Care" for Minors



Wednesday, July 9, 2025 | 9:00AM - 4:00PM

**Constitution Center**
400 7th St SW, Washington, DC 20024
Directions & Nearby

**Tags:**  Consumer Protection  |  Commissioners  |  Bureau of Consumer Protection  |  Health Care  |  Advertising and Marketing  |  Children

## Event Description

This workshop will focus on unfair or deceptive trade practices in "gender-affirming care" for minors. Doctors, medical ethicists, whistleblowers, detransitioners, and parents of detransitioners will share perspectives grounded in research, expertise, and personal experience.

Section 5 of the Federal Trade Commission Act gives the FTC broad authority to protect consumers from unfair or deceptive acts or practices. This authority could be implicated if there is evidence that medical professionals or others omitted warnings about the risks or made false or unsupported claims about the benefits and effectiveness of gender-affirming care for minors.

The workshop will help the FTC to understand whether consumers are being or have been exposed to false or unsupported claims about "gender-affirming care" and to gauge the harms consumers may be experiencing.

## Attendance

The event will be livestreamed, posted to this page and on social media. The livestream will be open to the public and does not require registration.

For the safety of participants, in-person attendance at the event will be invitation only. The event is now at capacity, and no additional invitations are available.

Individuals who have received an invitations should plan to arrive between 8:00am and 8:30am and bring valid ID to allow time for security screening.

**Agenda**

# Agenda

## Wednesday, July 9

| | |
|---|---|
| 9:00 AM | **Welcome Keynote** <br><br> Andrew N. Ferguson, Chairman, Federal Trade Commission |
| 9:15 AM | **Panel 1: A Conversation with Parents and Survivors** <br><br> - Simon Amaya Price <br> - Gareth Amaya Price <br> - Claire Abernathy <br> - Elvira Syed <br> - Kayla Lovdahl <br><br> Moderated by Andrew N. Ferguson, Chairman, Federal Trade Commission |
| 9:50 AM | **Deception and Fraud in Gender-Affirming Care for Minors** <br><br> Miriam Grossman, MD |
| 10:15 AM | **Break** |
| 10:25 AM | **Panel 2: The Politicization of Science** <br><br> - Edmund LaCour, Jr., Solicitor General of Alabama <br> - Eithan Haim, MD and whistleblower <br> - Leor Sapir, Ph.D., Fellow at The Manhattan Institute <br> - Jordan Campbell, Deputy Assistant Attorney General, Consumer Protection Branch, US Department of Justice |

| | |
|---|---|
| | Moderated by Annie Chiang, Attorney Advisor to the Chairman, Federal Trade Commission |
| 11:10 AM | **Harms of Gender-Affirming Care for Minors**<br><br>Michael Laidlaw, MD |
| 11:35 AM | **Panel 3: What Does the Science Actually Say About Gender-Affirming Care?**<br><br>- Jennifer Lahl, RN, BSN, The Center for Bioethics and Culture Network<br>- Patrick Lappert, MD, plastic and reconstructive surgeon<br>- Lauren Schwartz, MD, psychiatrist<br>- Dr. Michelle Cretella, MD, pediatrician<br><br>Moderated by Myles Lynch, Attorney Advisor to the Chairman, Federal Trade Commission |
| 12:25 PM | **Lunch** |
| 1:10 PM | **Remarks**<br><br>Melissa Holyoak, Commissioner, Federal Trade Commission |
| 1:25 PM | **Remarks**<br><br>Chad Mizelle, Chief of Staff, Department of Justice |
| 1:30 PM | **Panel 4: A Conversation with Parents and Survivors**<br><br>- Prisha Mosley<br>- Soren Aldaco<br>- Beth Bourne<br>- Forrest Smith<br>- Helen Spiegel Lee<br>- Gwen Turecki<br><br>Moderated by Chad Mizelle, Chief of Staff, Department of Justice |
| 2:00 PM | **Panel 5: Blowing the Whistle on 'Gender-Affirming Care' for Minors** |

| | |
|---|---|
| | - Vanessa Sivadge, RN |
| | - Jamie Reed, Executive Director, LGB Courage Coalition |
| | - Tamara Pietzke, Licensed Clinical Social Worker |
| | - Leta Boylan, RN |
| | - Sara Stockton, Licensed Marriage and Family Therapist |
| | Moderated by Ian Mason, Special Advisor to the Chairman, Federal Trade Commission |
| 2:50 PM | Break |
| 3:00 PM | The Biggest Predators in the Industry |
| | Erin Friday, Esq. |
| 3:30 PM | Panel 6: How Can the FTC Protect Families from Harm? |
| | - Brandon Showalter, Journalist, The Christian Post |
| | - Josh Payne, Partner, Campbell Miller Payne |
| | - Glenna Goldis, consumer protection attorney |
| | - Paul Dupont, Policy Director, American Principles Project |
| | - Jay Richards, Ph.D., William E. Simon Senior Research Fellow at the Heritage Foundation |
| | Moderated by Mark R. Meador, Commissioner, Federal Trade Commission |
| 4:15 PM | Closing Remarks |
| | Mark R. Meador, Commissioner, Federal Trade Commission |

**Event Speakers**

View List of Speakers

**Transcripts**

Transcript - Files

[View Transcript](#) (1.41 MB)

**Video**

## Videos

[The Dangers of "Gender-Affirming Care" for Minors](#)

**About this Venue**

## Location

[Constitution Center](#)

**FTC Privacy Policy**

Under the Freedom of Information Act ("FOIA") or other laws, we may be required to disclose to outside organizations the information you provide when you pre-register for events that require registration. The Commission will consider all timely and responsive public comments, whether filed in paper or electronic form, and as a matter of discretion, we make every effort to remove home contact information for individuals from the public comments before posting them on the FTC website.

The FTC Act and other laws we administer permit the collection of your pre-registration contact information and the comments you file to consider and use in this proceeding as appropriate. For additional information, including routine uses permitted by the Privacy Act, see the Commission's Privacy Act system for [public records](#) and comprehensive [privacy policy](#).

This event will be open to the public and may be photographed, videotaped, webcast, or otherwise recorded.  By participating in this event, you are agreeing that your image — and anything you say or submit — may be posted indefinitely at ftc.gov or on one of the Commission's publicly available social media sites.