# Exhibit 22



## Speakers

| | |
|---|---|
| **Andrew Ferguson** | Andrew N. Ferguson is Chairman of the Federal Trade Commission. He most recently served as solicitor general of the Commonwealth of Virginia. Prior to that, he served as chief counsel to U.S. Sen. Mitch McConnell of Kentucky, the Republican leader, and as a Republican counsel on the U.S. Senate Judiciary Committee. He also practiced law at several Washington, D.C. law firms. He earned his undergraduate degree and law degree from the University of Virginia. After law school, Ferguson clerked for Judge Karen L. Henderson on the U.S. Court of Appeals for the D.C. Circuit and U.S. Supreme Court Justice Clarence Thomas. |
| **Melissa Holyoak** | Melissa Holyoak is a Commissioner of the FTC. She brings extensive experience as a litigator and leader. Most recently, she served as Solicitor General with the Utah Attorney General's Office where she oversaw the civil appeals, criminal appeals, constitutional defense and special litigation, and antitrust and data privacy divisions. She also managed multistate matters including those involving consumer protection and antitrust claims. Previously, she served as president and general counsel of Hamilton Lincoln Law Institute and in other public interest attorney positions with the Competitive Enterprise Institute and the Center for Class Action Fairness. |
| **Miriam Grossman** | Miriam Grossman, MD is board certified in child, adolescent and adult psychiatry. Her practice focuses on youth who have distress about their sex, and their parents. She is a Senior Fellow at DoNoHarmMedicine.org. The author of five books, her work exposing the origin and hazards of the sexuality and gender industry has been translated into 11 languages. She has testified in Congress and lectured at the British House of Lords and the UN. She is featured in numerous documentaries and podcasts, and is often sought for witness testimony and court reports. |
| **Michael Laidlaw** | Michael K. Laidlaw, M.D. is an academically trained, board-certified endocrinologist who has been in private practice in Rocklin, CA, since 2006. He has written extensively on the topic of harms from puberty blockers, opposite sex hormones and surgeries in locations such as California, Washington DC, the UK Parliament, and in front of the Florida Medical Board. He has worked and testified on behalf of states, including as an expert witness, for legislation to stop the use of harmful hormones, puberty blockers and surgeries provided to minors for gender transition. |
| **Erin Friday** | Erin Friday is a licensed California attorney. She is President of Our Duty-USA, a national nonpartisan organization dedicated to shielding children and vulnerable adults from the influence of gender ideology, and a Director for Genspect-USA. She is heavily involved in legislative advocacy, proposing and opposing bills related to gender interventions. She has written multiple amicus briefs in cases before the Supreme Court and federal courts of appeal bringing attention to the perspectives of detransitioners and parents of gender confused children. Her work and viewpoints have been featured widely in media both in the US and abroad. |

## Panelists – The Politicization of Science

| | |
|---|---|
| **Edmund LaCour** | Edmund LaCour is the current Solicitor General of Alabama, and as such, he serves as the chief appellate lawyer for the State, representing the State before the U.S. Supreme Court, the Alabama Supreme Court, and the U.S. Court of Appeals for the Eleventh Circuit. Before he joined the Attorney General's Office, Edmund was a partner at the DC office of Kirkland & Ellis LLP, where he represented numerous clients before the Supreme Court, as well as courts of appeals and trial courts. Edmund clerked for the Hon. William H. Pryor Jr. of the U.S. Court of Appeals for the Eleventh Circuit. Edmund holds a J.D. from Yale Law School, an M. Phil. from Trinity College Dublin, and a B.A. from Birmingham-Southern College. |
| **Eithan Haim** | Eithan Haim is a General and Trauma Surgeon in a small town outside of Dallas. He was the anonymous whistleblower in a May 2023 story that showed Texas Children's Hospital had been lying about shutting down their transgender program – instead of shutting it down the year before, TCH continued and expanded the program behind closed doors. He had to undergo a two year-long investigation and prosecution, and faced a decade in prison and $250,000 in fines. The prosecution was finally dismissed with prejudice on January 24, 2025. |
| **Leor Sapir** | Leor Sapir is a fellow at the Manhattan Institute. He holds a Ph.D. in Political Science from Boston College and completed a postdoctoral fellowship at the Program on Constitutional Government at Harvard University. Since joining MI, Sapir has become a widely recognized thought leader on topics related to pediatric gender medicine, education policy, and culture. Sapir has offered incisive analysis of the institutional capture of American medical groups on gender medicine, the lack of incentives for evidence-based practices in this area, and the growing divergence between the U.S. and other countries in medical policy. |
| **Jordan Campbell** | Jordan Campbell is the newly appointed Deputy Assistant Attorney General, Consumer Protection Branch of the Civil Division at the Department of Justice. Before accepting that position, Mr. Campbell co-founded the first and only law firm exclusively dedicated to representing detransitioners and victims of radical gender ideology, based out of Dallas, Texas. In that capacity, he represented plaintiffs across the country, consulted with state legislatures on proposed legislation regulating pediatric gender medicalization, coordinated with state attorneys general offices, and consulted on policy. He earned his B.A. from Washington & Lee University and J.D. from Southern Methodist University. |

# Panelists – What Does the Science Actually Say About 'Gender-Affirming Care'

| | |
|---|---|
| **Jennifer Lahl** | Jennifer Lahl, MA, BSN, RN, is founder of The Center for Bioethics and Culture Network. Lahl couples her years of experience as a pediatric critical care nurse, and a senior-level nursing manager with a deep passion to speak for those who have no voice. Lahl's writings have appeared in a wide variety of publications, and she is routinely interviewed by the media and called upon to speak alongside lawmakers and members of the scientific community. She has produced 11 documentary films with three being around transgenderism. Her latest film, The Lost Boys: Searching for Manhood was released in January 2024 and her new book, co-authored by Kallie Fell, The Detransition Diaries was published in 2024 by Ignatius Press. |
| **Patrick Lappert** | Dr. Patrick Lappert is a Plastic and Reconstructive Surgeon. He served as a Reconstructive Surgeon in the U.S. Navy, retiring with the rank of Captain (USN) after 24 years. He founded the Pediatric Craniofacial Reconstructive Surgery Unit, as well as the Wound Care Center for the largest military hospital in the world. Dr. Lappert has served as an expert witness in numerous legal cases concerning gender affirmation care in state and federal courts. He was active in the legislative process that produced Alabama's law protecting minors from affirmation care. He has authored book chapters concerning the scientific evidence in the matter of transgender medicine and surgery, as well as in the pastoral care of persons wounded by the gender affirmation industry. |
| **Lauren Schwartz** | Dr. Lauren Schwartz is a board-certified psychiatrist in private practice and a Fellow of the American Psychiatric Association (APA). Her advocacy has focused on "gender-affirming care" (GAC) for minors and vulnerable adults, encompassing interventions such as puberty blockers, cross-sex hormones, and surgical procedures. Recently she has focused on the critical importance of high-quality medical guidelines. She has actively testified against legislation that compromises ethical medical practice and jeopardizes the safety and well-being of vulnerable patients. Most recently, she co-published a peer-reviewed study revealing extensive health risks for natal males using feminizing hormones. Compiling over 50 studies, the study calls for shifting the discourse from a lack of proven benefits to clear indications of potential direct harm. |
| **Michelle Cretella** | Michelle A. Cretella, MD is a pediatrician, writer, researcher, educator and speaker. She is the past executive director of the American College of Pediatricians and is the current Chair of its Adolescent Sexuality Committee. She serves as a pediatric spokesperson and educator for the Association of American Physicians and Surgeons and the Catholic Medical Association, and is a consultant to the Rhode Island Family Institute. She is also on the board of directors of Advocates Protecting Children and of the John Paul II Academy for Human Life and the Family. Dr. Cretella has served as a peer reviewer for the Journal of American Physicians and Surgeons, Issues in Law and Medicine, and the International Journal of Behavioural and Healthcare Research. Dr. Cretella received her medical degree in 1994 from the University of Connecticut School of Medicine. |

# Panelists - Blowing the Whistle on Gender-Affirming Care for Minors

| | |
|---|---|
| **Vanessa Sivadge** | Vanessa Sivadge is a pediatric Registered Nurse who exposed the use of Medicaid to cover cross sex hormones and transgender treatments for minors at Texas Children's Hospital. Recently, Vanessa launched an advocacy organization committed to fighting for the protection of children in the state of Texas: Protecting Texas Children. Protecting Texas Children will be focused on safeguarding children from sexualization and exploitation by defending their innocence and fostering environments where children can thrive physically, mentally, and emotionally. |
| **Jamie Reed** | Jamie Reed is public whistleblower from a U.S. pediatric gender clinic. Her first-person account, published February 2023, gained recognition for shedding light on critical issues in youth gender medicine in the United States. Jamie is the Executive Director and Co-Founder of the LGB Courage Coalition. This American nonprofit is focused on reforming youth gender medicine to eliminate medicalized gender transition and instead advocates for cultural and medical approaches that accept and support gender non-conformity without medical intervention. As a lesbian and a passionate advocate for LGB issues, her work is deeply personal. Jamie holds a Master of Science in Clinical Research Management from Washington University and a BA in Cultural Anthropology. |
| **Tamara Pietzke** | Tamara Pietzke is an Independent Clinical Social Worker in Washington state with over a decade of experience. She earned her Masters of Social Work from the University of Washington in 2012 and worked as a mental health therapist in community and healthcare settings before founding her private practice in 2024. She has spoken out about the mental health field's approach to youth gender transition, raising concerns about "blind affirmation" without adequate assessment. Her stance led to professional backlash, including job loss and an ongoing state investigation. Today, Tamara continues to work as a mental health therapist, advocating for the right of clinicians to explore complex identity questions thoughtfully. |
| **Leta Boylan** | Leta Boylan is a former psychiatric nurse who worked at a taxpayer funded facility for teenagers and adolescents. During her time there, she became aware of the series of institutional policies that promote and reinforce social transition of minors while actively hiding such affirmative treatments from parents. She was unwilling to engage in dishonest or incomplete documentation and was fired in December 2024. She is now able to speak freely about the patterns she witnessed, which she maintains included parental rights deprivation, public and private fraud, and professional malfeasance. |
| **Sara Stockton** | Sara Stockton, LMFT, is a licensed marriage and family therapist, lecturer, researcher, and clinical supervisor with over 15 years of experience specializing in gender dysphoria among youth and families. In 2013, she co-authored one of the first U.S. mental health assessments for evaluating youth readiness for medical gender transition, published in the Journal of Marital and Family Therapy. She collaborates with prominent figures and whistleblowers through podcasts, conferences, and advocacy to improve care. Stockton has testified in state legislatures on bans regarding transgender care for minors and served as an expert witness in family court cases involving child protective services. Her work focuses on promoting evidence-informed care for vulnerable individuals, prioritizing their long-term well-being. |

| | |
|---|---|
| **Brandon Showalter** | Brandon M. Showalter is a journalist with The Christian Post who has reported extensively on the developments of gender ideology around the world and other bioethics issues. He is the creator and host of CP's "Generation Indoctrination" documentary podcast series and has been featured in several documentary films on the issue. He holds degrees from Bridgewater College of Virginia and The Catholic University of America. He is a fellow of the John Jay Institute for Faith, Society, and Law. |
| **Josh Payne** | Josh Payne is a Founding Partner at Campbell Miller Payne, PLLC, a national law firm based in Dallas, Texas, representing detransitioners and others harmed through gender-transition procedures. Josh has served as lead counsel on behalf of detransitioners in medical malpractice litigation in several states. He also serves as lead counsel in a wrongful death case in Tennessee on behalf of the parents of a young adult son with autism who committed suicide after being placed on cross-sex hormones. Previously, Josh represented companies and individuals in complex litigation in private practice, and he represented public agencies and officials as an assistant attorney general for the state of Alabama. |
| **Glenna Goldis** | Glenna Goldis is a consumer protection lawyer in New York City with experience in government and civil legal aid. A gay rights advocate, she publishes a newsletter about the transgender movement called Bad Facts. In 2015, she argued a landmark parental rights appeal that expanded the right to counsel in Massachusetts. Glenna holds a JD from New York University School of Law and a BA in philosophy from the University of North Carolina at Chapel Hill. Glenna is participating in this workshop in her personal capacity and not on behalf of any employer. |
| **Paul Dupont** | Paul Dupont is the policy director for American Principles Project, where he is responsible for helping to build and execute the organization's public policy agenda. He is a 12-year veteran of APP, having served in various roles from communications to operations and research. He has been particularly involved in helping support APP's advocacy on transgender issues, from defending North Carolina's HB 2 in 2016 to promoting efforts to end taxpayer funding of gender transitions today. He is a graduate of Villanova University, where he received a bachelor's degree in political science and humanities. |
| **Jay Richards** | Jay W. Richards, Ph.D., is the Director of the DeVos Center and the William E. Simon Senior Research Fellow at The Heritage Foundation. He also is a senior fellow at the Discovery Institute. Richards is the author or editor of fourteen books, including two New York Times bestsellers; as well as Money, Greed, and God, winner of a 2010 Templeton Enterprise Award; The Human Advantage; and Eat, Fast, Feast. His most recent book is Fight the Good Fight: How an Alliance of Faith and Reason Can Win the Culture War. Richards' articles and essays have been published in The Harvard Business Review, Wall Street Journal, Barron's, Washington Post, The New York Post, and many other publications. |