# Exhibit 23


 DAILY WIRE
COVERAGE
BEGINS AT
7:45 PM ET

06:58:21 →

ORIGINAL

# 'It's Blatant Consumer Fraud': Inside The FTC's Workshop On Transgender Procedures

**'I don't really care what Democrats think about this,' Federal Trade Commission Chair Andrew Ferguson said.**

By **Mary Margaret Olohan**

Jul 9, 2025   DailyWire.com

    **285** **Comments**



Chairman of the Federal Trade Commission (FTC), Andrew Ferguson, (Photo by Drew ANGERER / AFP)

WASHINGTON—In a major move against the transgender medical industry, the Federal Trade Commission hosted a workshop Wednesday in Washington, D.C., examining the dangers of so-called gender affirming care.


**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of...

that the focus is inappropriate. Yet the academics, commentators, detransitioners, parents, and doctors present at the workshop argued that the transgender medical industry is pushing ideology upon American children who are not able to fully consent to these life-altering procedures.

"The issue of gender medicine has shattered political boundaries," said Texas Children's whistleblower Vanessa Sivadge. "Not because of ideology, but because of conscience. This is not a partisan battle, but a battle of good and evil."

ADVERTISEMENT

 

At the beginning of the panel, FTC Chairman Andrew Ferguson addressed the objection that transgender issues are outside his agency's purview. In fact, Ferguson said, the FTC targets industries and entities that lie or deceive the public, emphasizing that the FTC has a sworn duty to protect American citizens from false and misleading claims.

He then immediately launched into the stories of detransitioners, young people who shared that they attempted gender transitions because they were told they were born in the wrong body — and that undergoing these surgeries and hormonal procedures would save them from suicide.

Simon Amaya Price and his father, Gareth Amaya Price, shared how Simon was bullied as a child and attempted a social transition as a teenager, only to learn through medical professionals who



**Read After**

EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of…



2

## 6 free articles remaining

Create an account to read and comment on unlimited articles.

CREATE FREE ACCOUNT

Already a member? Log in



*Leigh Vogel/Getty Images for Ian Madrigal*

Detransitioner Claire Abernathy emotionally shared how medical professionals encouraged her to undergo transgender surgeries when she was too young to get a tattoo, too young to drive, and hadn't even learned algebra.

"It's not healthcare," she argued, "it's blatant consumer fraud."

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of...    →

3

SIGN UP

 

Elvira Syed, the mother of a girl who took her own life as she attempted a gender transition, broke down sobbing as she shared her child's story, saying through her tears: "They treated her ideology, not her illness."

"I lost my 18-year-old daughter to gender ideology," she sobbed.

Ferguson, who moderated the panel, was clearly affected as he promised the destransitioners and survivors: "the FTC hears you, we hear all of you, and we want to understand how the law is being broken."

ADVERTISEMENT

 

During the workshop, the Justice Department's Chad Mizelle announced that the agency has issued nearly 20 subpoenas against clinics that are engaged in transgender transition attempts, noting that the Justice Department's investigations include healthcare fraud, false statements, and more.

Mizelle urged Americans to come forward if they could provide information about deceptive practices in the transgender medicine industry.

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of… →

4

**DAILY WIRE** ⌐

SIGN UP

→

Mosley, Soren Aldaco, Beth Bourne, Forrest Smith, Helen Spiegel Lee, and Gwen Turecki, individuals who emotionally shared their experiences as they navigated gender transition attempts or helped — or lost — a family member who attempted to transition.

ADVERTISEMENT

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of...

→

**DAILY WIRE** r                                    SIGN UP    →

@ChloeCole · Follow

Made it to today's FTC workshop, "The Dangers of Gender-Affirming Care for Minors."

Detransitioners, parents, medical professionals, and whistleblowers will be sharing their experiences and expertise during today's conference.

Blessed to be alongside these incredible souls.



✏ Last edited 10:02 AM · Jul 9, 2025                          ⓘ

❤ 5.6K        💬 Reply      🔗 Copy link

Read 130 replies

---

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of…                          →

**DAILY WIRE** r

SIGN UP

"This is about the people we heard from and the suffering that they have had to endure," he said in a brief interview. "As we learn more, it will be our normal enforcement process to figure out what's going on, who's been doing it, and take appropriate action."

ADVERTISEMENT

As for the Justice Department's news, Ferguson said he was "thrilled," but not surprised.

"They have been moving at the speed of light, implementing the president's agenda," he commented, "and they have a ton of talented lawyers."

"I'm thrilled because, hearing from DOJ or the FTC if you're a business can be a very intimidating thing, and if you're breaking the law, a lot of times just hearing from the government that like … can curb illegal behavior on its own," he noted. "So I think it's great that DOJ is taking this seriously."

ADVERTISEMENT

The FTC will issue a request for information from the public in the coming days, Ferguson said As The Daily Wire previously reported,

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of…

→

7

SIGN UP

before initiating legal action against an industry to gather information, collect evidence, and solicit input from affected Americans.

The chairman noted to The Daily Signal that he believes the best way to hold the transgender medical industry accountable for deceiving patients is to bring enforcement actions against violators, saying: "If people are making material misstatements, sue them … but I think it's taking people to court if the law is being broken, rather than undertaking a two year long rule making process followed by lengthy litigation."

He also brushed off backlash from the Left and Democrats with concerns about the FTC's focus on the transgender medicine industry.

ADVERTISEMENT

"I don't really care what Democrats think about this," he said. "They don't like the stuff that we do, that's the nature of the party system. And so I sort of just price in almost everything we do is going to generate backlash from the other party. That is what it is. My job is to do the right thing and the right thing is protecting kids. I've been saying that since the day that I took this job in January."

Trump has made protecting children a priority, Ferguson pointed out.

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of…

→

8

worst possible moment of their lives and brutalizing them," he stressed. "And frankly, the ability of people to turn away from this and say 'no action should be taken' boggles my mind. So at the end of the day, it is the right thing to do."

ADVERTISEMENT

"It is the policy of the administration set by President Trump and naysayers on the left, naysay everything, and that's just priced in."

 Original,  Donald Trump,  Federal Trade Commission,  Transgender

# Create a free account to join the conversation!

**Start Commenting**

Already have an account? **Log in**

## Around the Web

**Read After**
EXCLUSIVE: Erika Kirk To Be Trump's Special Guest At State Of…     →

9