# Exhibit 25



← **Post**

**Andrew Ferguson** ✓
@AFergusonFTC                                    ⋯

This report is exactly why the @FTC is investigating these practices.
Great work @RobertKennedyJr.



4:27 PM · Nov 19, 2025 · **24.3K** Views

💬 14          ↻ 79          ♡ 181          🔖 6          ↥

💬 Read 14 replies

**New to X?**

Sign up now to get you

G Sign u

 Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**

Trending worldwide
**Candace**

Fashion & beauty · Tre
**#PradaFW26xPon**

Trending worldwide
**#WolverinePS5**

Entertainment · Trend
**Heat 2**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in