# Exhibit 26



← **Post**

**Annie Chiang** ✔
@realAnnieChiang

Yes, what @AFergusonFTC said

> **Andrew Ferguson** ✔ @AFergusonFTC · Nov 19, 2025
> This report is exactly why the @FTC is investigating these practices. Great work @RobertKennedyJr. x.com/JaneBColeman/s...

4:28 PM · Nov 19, 2025 · **280** Views

**New to X?**

Sign up now to get you



G  Sign u

 Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**

Trending in United Sta
**Girard**

Politics · Trending
**Haley Robson**

Gaming · Trending
**Triple T**

Trending in United Sta
**Kraven**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in