# Exhibit 27



← **Post**

**Joe Gabriel Simonson** ✔
@SaysSimonson

The partisan morons at Bloomberg believe investigating whether children had their breasts and genitalia improperly removed is "an attack on transgender rights."



**FTC Targets Medical Nonprofits in Trans Kids' Health Probe**

The Federal Trade Commission headquarters in Washington. *Photographer: Al Drago/Bloomberg*

By Leah Nylen
February 10, 2026 at 3:42 PM UTC

Save   Translate   Listen 2:47

Federal enforcers have opened a consumer protection probe into the American Academy of Pediatrics and the leading professional association focused on transgender health care, extending the Trump administration's attacks on transgender rights.

1:48 PM · Feb 10, 2026 · **4,651** Views

💬 2      ↻ 33      ♡ 75      🔖 3      ↑



**New to X?**

Sign up now to get you

G   Sign ι

 Sign

Creat

By signing up, you agre
Privacy Policy, includin

**What's happe**

Trending in United Sta
**Girard**

Politics · Trending
**Haley Robson**

Gaming · Trending
**Triple T**

Trending in United Sta
**Kraven**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in