# Exhibit 28



# General Attorney (Trade Regulation)

Federal Trade Commission
Bureau of Consumer Protection

# Summary

The Bureau of Consumer Protection investigates and litigates civil actions to enforce federal consumer protection laws. For more information visit, https://www.ftc.gov/about-ftc.

# This job is open to

### 👥 The public

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

### ⇄ Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

### ♿ Individuals with disabilities

Individuals who are eligible under Schedule A.

## Clarification from the agency

All U.S. Citizens

# Duties

The positions are located in the **Bureau of Consumer Protection**. Candidates selected for these positions will focus on unfair and deceptive practices impacting children and families, including investigations relating to pediatric gender dysphoria treatment.

As a **General Attorney (Trade Regulation)**, you will:

# Overview

Reviewing applications

**Open & closing dates**
🕐 01/30/2026 to 02/23/2026

**Salary**
$121,785 to - $158,322 per year

**Pay scale & grade**
GS 13

**Locations**
Few vacancies in the following locations:

📍 **Washington, DC**

📍 **Location Negotiable After Selection**

**Remote job**
No

**Telework eligible**
Yes — as determined by the agency policy.

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

1

- Make initial determinations as to whether matters should be investigated.
- Determine legal theories and plans for investigations and litigation and carry them out.
- Recommend whether cases should be closed, resolved informally or through administrative or federal court settlements, or litigated administratively or in federal court.
- Investigate matters and engage in all aspects of civil litigation, including preparing cases for trial by securing and preparing evidence; conferring with witnesses; deposing witnesses; drafting motions and legal briefs; drafting and responding to discovery requests; participating in pretrial conferences; examining and cross-examining witnesses; trying cases; and negotiating settlements.
- Prepare and prosecute difficult, complex, and important cases.
- Confer with government agencies, public authorities and attorneys, business people and other members of the public, providing them with information on matters of law, Commission procedure and policy.

# Requirements

## Conditions of employment

- U.S. citizenship requirement must be met by the closing date of this vacancy.
- This position is subject to a background investigation.
- Males born after December 31, 1959 must register with Selective Service.
- Possess a J.D. or LL.B. degree from an accredited law school.
- Member in good standing of the Bar of a state or territory - US, PR, DC.
- The position may be subject to completion of a two-year trial period. Trial periods are an extension of the hiring process.
- If selected for this position, the agency will evaluate your fitness and whether continuation of employment advances the public interest before extending your appointment beyond the two-year trial period.
- This position is in the bargaining unit. This position is represented by the National Treasury Employees Union, Local 344.

## Qualifications

Minimum Requirements

Applicants must have attained the first professional law degree (LL.B. or J.D.) from an accredited law school and be an active member in good standing of the bar of a state, the District of Columbia, Puerto Rico, or a U.S. territory. Applicants must demonstrate excellent writing skills and

**Work schedule**
Full-time

**Service**
Excepted

**Promotion potential**
15

**Job family (Series)**
0905 Attorney

**Supervisory status**
No

**Security clearance**
Not Required

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**
Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
Yes

**Announcement number**
12875516-26-BCP

**Control number**
856161000

2

be able to work effectively with other people, exercise sound judgment, and exhibit a strong interest in the work of the agency.

**Additional Requirements**

**GS-13 Positions**
For appointments to attorney positions: active member of the bar in good standing and 24 months of legal experience after graduation from law school.

**Note: Legal and nonlegal experience gained in the Federal Government before completing law school does not satisfy post law school experience.**

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience

# Education

This position has an education requirement. You must submit a copy of your transcripts. Unofficial transcripts will be accepted in the application package; however, official transcripts will be required prior to receiving an official offer.

If you are using education completed in foreign colleges or universities to meet the qualification requirements, you must show the education credentials have been evaluated by a private organization that specializes in interpretation of foreign education programs and such education has been deemed equivalent to that gained in an accredited U.S. education program; or full credit has been given for the courses at a U.S. accredited college or university. For further information, visit: https://www.ed.gov/about/initiatives/international-affairs/recognition-of-foreign-qualifications.

# Additional information

This position is in the Excepted Service (Schedule A).

Individuals applying for this announcement are required to complete and submit an online application and all supporting documentation through the Office of Personnel Management (OPM) application system, USAJOBS. Traditional rating and ranking procedures do not apply.

Only experience and education obtained by the closing date of this announcement will be considered.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| Benefits | + |
|---|---|

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated based on the overall strength of your credentials as demonstrated by your cover letter, resume, writing sample, and experience. The most qualified candidates will be selected for interviews, which will also be considered in making the final decision.

Application of Veterans' Preference: There is no formal rating system for applying veterans' preference to attorney appointments in the excepted service; however, the Federal Trade Commission considers veterans' preference eligibility as a positive factor in attorney hiring. If you are eligible for veterans' preference, you are encouraged to include that information in your cover letter or resume and attach supporting documentation (e.g., DD Form 214 or other substantiating documents) to your submission.

# Required Documents

To apply for this position, you must submit a complete Application Package which includes:
1. Your resume showing work schedule, hours worked per week, dates of employment and duties performed.
2. Other supporting documents:

- Cover Letter - **REQUIRED**

- Writing Sample - **REQUIRED**

- Graduate Transcript(s), if the position has an education requirement - **REQUIRED**

- Veterans' Preference documentation, if applicable (e.g., DD-214 Member Copy 4 showing type of discharge/character of service, SF-15 Form and related documentation, VA letter, etc.)

- Career Transition Assistance Program/Interagency Career Transition Assistance Program documentation, if applicable (e.g., Certification of Expected Separation, Reduction-In-Force Separation Notice, or Notice of Proposed Removal; SF-50 that documents the RIF separation action; and most recent performance appraisal.)

- Schedule A - In order to receive consideration under the Schedule A authority, you must provide a certification of job readiness printed on a medical professional's letterhead and signed. For more information, please visit USAJOBS Individuals with Disabilities ([https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/individuals-with-disabilities/](https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/individuals-with-disabilities/))

> ## If you are relying on your education to meet qualification requirements:
>
> Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from [schools accredited by accrediting institutions recognized by the U.S. Department of Education](). 
>
> Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

To apply for this position, you must complete the online application and submit the documentation specified in the Required Documents section above. A complete application package must be submitted by 11:59 PM (EST) on the closing date of the announcement to receive consideration.

- To begin, click **Apply** to access the online application. You will need to be logged into your USAJOBS account to apply. If you do not have a USAJOBS account, you will need to create one before beginning the application.

- Follow the prompts to **select your resume and/or other supporting documents** to be included with your application package. You will have the opportunity to upload additional documents to include in your application before it is submitted. Your uploaded documents may take several hours to clear the virus scan process.

- After acknowledging you have reviewed your application package, complete the Include Personal Information section as you deem appropriate and **click to continue with the application process**.

- You will be taken to the online application which you must complete in order to apply for the position. Complete the online application, verify the required documentation is included with your application package, and submit the application.

To verify the status of your application, log into your USAJOBS account (https://login.usajobs.gov/Account/Login), all of your applications will appear on the Welcome screen. The Application Status will appear along with the date your application was last updated. For information on what each Application Status means, visit: https://www.usajobs.gov/Help/how-to/application/status/.

## Agency contact information

 Corey Pickeral

**Phone**
202-326-3002
**Email**
cpickeral@ftc.gov

**Address**
*Federal Trade Commission*
*600 Pennsylvania Ave, NW*
*Suite H-723*
*Washington, DC 20580*
*US*

## Next steps

Once your online application is submitted you will receive a confirmation notification by email. Your application will be evaluated by the Human Capital Office to determine your eligibility for the position.

After the evaluation is complete, you will receive another notification regarding the status of your application.

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

7

# General Attorney (Trade Regulation)

Federal Trade Commission
Bureau of Consumer Protection

## Summary

The Bureau of Consumer Protection investigates and litigates civil actions to enforce federal consumer protection laws. For more information visit, https://www.ftc.gov/about-ftc.

## This job is open to



### The public

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

### ⇄ Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

### ♿ Individuals with disabilities

Individuals who are eligible under Schedule A.

## Clarification from the agency

All U.S. Citizens

## Duties

The positions are located in the **Bureau of Consumer Protection**. Candidates selected for these positions will focus on unfair and deceptive practices impacting children and families, including investigations relating to pediatric gender dysphoria treatment.

As a **General Attorney (Trade Regulation)**, you will:

## Overview

Reviewing applications

**Open & closing dates**
🕐 01/30/2026 to 02/23/2026

**Salary**
$143,913 to -$187,093 per year

**Pay scale & grade**
GS 14

**Locations**
Few vacancies in the following locations:

📍 **Washington, DC**

📍 **Location Negotiable After Selection**

**Remote job**
No

**Telework eligible**
Yes — as determined by the agency policy.

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

8

- Make initial determinations as to whether matters should be investigated.
- Determine legal theories and plans for investigations and litigation and carry them out.
- Recommend whether cases should be closed, resolved informally or through administrative or federal court settlements, or litigated administratively or in federal court.
- Investigate matters and engage in all aspects of civil litigation, including preparing cases for trial by securing and preparing evidence; conferring with witnesses; deposing witnesses; drafting motions and legal briefs; drafting and responding to discovery requests; participating in pretrial conferences; examining and cross-examining witnesses; trying cases; and negotiating settlements.
- Prepare and prosecute difficult, complex, and important cases.
- Confer with government agencies, public authorities and attorneys, business people and other members of the public, providing them with information on matters of law, Commission procedure and policy.

# Requirements

## Conditions of employment

- U.S. citizenship requirement must be met by the closing date of this vacancy.
- This position is subject to a background investigation.
- Males born after December 31, 1959 must register with Selective Service.
- Possess a J.D. or LL.B. degree from an accredited law school.
- Member in good standing of the Bar of a state or territory - US, PR, DC.
- The position may be subject to completion of a two-year trial period. Trial periods are an extension of the hiring process.
- If selected for this position, the agency will evaluate your fitness and whether continuation of employment advances the public interest before extending your appointment beyond the two-year trial period.
- This position is in the bargaining unit. This position is represented by the National Treasury Employees Union, Local 344.

## Qualifications

**Minimum Requirements**

Applicants must have attained the first professional law degree (LL.B. or J.D.) from an accredited law school and be an active member in good standing of the bar of a state, the District of Columbia, Puerto Rico, or a

**Work schedule**
Full-time

**Service**
Excepted

**Promotion potential**
15

**Job family (Series)**
0905 Attorney

**Supervisory status**
No

**Security clearance**
Not Required

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**
Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
Yes

**Announcement number**
12875517-26-BCP

**Control number**
856161100

9

U.S. territory. Applicants must demonstrate excellent writing skills and be able to work effectively with other people, exercise sound judgment, and exhibit a strong interest in the work of the agency.

<u>**Additional Requirements**</u>

**GS-14 Positions**
For appointments to attorney positions: active member of the bar in good standing and 42 months of legal experience after graduation from law school.

**Note: Legal and nonlegal experience gained in the Federal Government before completing law school does not satisfy post law school experience.**

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience

# Education

This position has an education requirement. You must submit a copy of your transcripts. Unofficial transcripts will be accepted in the application package; however, official transcripts will be required prior to receiving an official offer.

If you are using education completed in foreign colleges or universities to meet the qualification requirements, you must show the education credentials have been evaluated by a private organization that specializes in interpretation of foreign education programs and such education has been deemed equivalent to that gained in an accredited U.S. education program; or full credit has been given for the courses at a U.S. accredited college or university. For further information, visit: https://www.ed.gov/about/initiatives/international-affairs/recognition-of-foreign-qualifications

# Additional information

This position is in the Excepted Service (Schedule A).

Individuals applying for this announcement are required to complete and submit an online application and all supporting documentation through the Office of Personnel Management (OPM) application system, USAJOBS. Traditional rating and ranking procedures do not

apply.

Only experience and education obtained by the closing date of this announcement will be considered.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

## Benefits                                                        +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated based on the overall strength of your credentials as demonstrated by your cover letter, resume, writing sample, and experience. The most qualified candidates will be selected for interviews, which will also be considered in making the final decision.

Application of Veterans' Preference: There is no formal rating system for applying veterans' preference to attorney appointments in the excepted service; however, the Federal Trade Commission considers veterans' preference eligibility as a positive factor in attorney hiring. If you are eligible for veterans' preference, you are encouraged to include that information in your cover letter or resume and attach supporting documentation (e.g., DD Form 214 or other substantiating documents) to your submission.

# Required Documents

To apply for this position, you must submit a complete Application Package which includes:
1. Your resume showing work schedule, hours worked per week, dates of employment and duties performed.
2. Other supporting documents:

- Cover Letter - **REQUIRED**

- Writing Sample - **REQUIRED**

- Graduate Transcript(s), if the position has an education requirement - **REQUIRED**

- Veterans' Preference documentation, if applicable (e.g., DD-214 Member Copy 4 showing type of discharge/character of service, SF-15 Form and related documentation, VA letter, etc.)

- Career Transition Assistance Program/Interagency Career Transition Assistance Program documentation, if applicable (e.g., Certification of Expected Separation, Reduction-In-Force Separation Notice, or Notice of Proposed Removal; SF-50 that documents the RIF separation action; and most recent performance appraisal.)

- Schedule A - In order to receive consideration under the Schedule A authority, you must provide a certification of job readiness printed on a medical professional's letterhead and signed. For more information, please visit USAJOBS Individuals with Disabilities (https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/individuals-with-disabilities/)

> ## If you are relying on your education to meet qualification requirements:
>
> Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.
>
> Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

12

To apply for this position, you must complete the online application and submit the documentation specified in the Required Documents section above. A complete application package must be submitted by 11:59 PM (EST) on the closing date of the announcement to receive consideration.

- To begin, click **Apply** to access the online application. You will need to be logged into your USAJOBS account to apply. If you do not have a USAJOBS account, you will need to create one before beginning the application.

- Follow the prompts to **select your resume and/or other supporting documents** to be included with your application package. You will have the opportunity to upload additional documents to include in your application before it is submitted. Your uploaded documents may take several hours to clear the virus scan process.

- After acknowledging you have reviewed your application package, complete the Include Personal Information section as you deem appropriate and **click to continue with the application process**.

- You will be taken to the online application which you must complete in order to apply for the position. Complete the online application, verify the required documentation is included with your application package, and submit the application.

To verify the status of your application, log into your USAJOBS account (https://login.usajobs.gov/Account/Login), all of your applications will appear on the Welcome screen. The Application Status will appear along with the date your application was last updated. For information on what each Application Status means, visit: https://www.usajobs.gov/Help/how-to/application/status/.

## Agency contact information

Corey Pickeral

| **Phone** | **Address** |
|---|---|
| 202-326-3002 | *Federal Trade Commission* |
| **Email** | *600 Pennsylvania Ave, NW* |
| cpickeral@ftc.gov | *Suite H-723* |
| | *Washington, DC 20580* |
| | *US* |

## Next steps

Once your online application is submitted you will receive a confirmation notification by email. Your application will be evaluated by the Human Capital Office to determine your eligibility for the position.

After the evaluation is complete, you will receive another notification regarding the status of your application.

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.



→] Sign in    📅 Events    ❓ Help Center    🔍 Search

# General Attorney (Trade Regulation)

Federal Trade Commission
Bureau of Consumer Protection

## Summary

The Bureau of Consumer Protection investigates and litigates civil actions to enforce federal consumer protection laws. For more information visit, https://www.ftc.gov/about-ftc.

## This job is open to

### 👥 The public

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

### ⇄ Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

### ♿ Individuals with disabilities

Individuals who are eligible under Schedule A.

### Clarification from the agency

All U.S. Citizens

## Duties

The positions are located in the **Bureau of Consumer Protection**. Candidates selected for these positions will focus on unfair and deceptive practices impacting children and families, including investigations relating to pediatric gender dysphoria treatment.

As a **General Attorney (Trade Regulation)**, you will:

## Overview

Reviewing applications

**Open & closing dates**
🕐 01/30/2026 to 02/23/2026

**Salary**
$169,279 to - $197,200 per year

**Pay scale & grade**
GS 15

**Locations**
Few vacancies in the following locations:

📍 **Washington, DC**

📍 **Location Negotiable After Selection**

**Remote job**
No

**Telework eligible**
Yes — as determined by the agency policy.

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

15

- Make initial determinations as to whether matters should be investigated.
- Determine legal theories and plans for investigations and litigation and carry them out.
- Recommend whether cases should be closed, resolved informally or through administrative or federal court settlements, or litigated administratively or in federal court.
- Investigate matters and engage in all aspects of civil litigation, including preparing cases for trial by securing and preparing evidence; conferring with witnesses; deposing witnesses; drafting motions and legal briefs; drafting and responding to discovery requests; participating in pretrial conferences; examining and cross-examining witnesses; trying cases; and negotiating settlements.
- Prepare and prosecute difficult, complex, and important cases.
- Confer with government agencies, public authorities and attorneys, business people and other members of the public, providing them with information on matters of law, Commission procedure and policy.

# Requirements

## Conditions of employment

- U.S. citizenship requirement must be met by the closing date of this vacancy.
- This position is subject to a background investigation.
- Males born after December 31, 1959 must register with Selective Service.
- Possess a J.D. or LL.B. degree from an accredited law school.
- Member in good standing of the Bar of a state or territory - US, PR, DC.
- The position may be subject to completion of a two-year trial period. Trial periods are an extension of the hiring process.
- If selected for this position, the agency will evaluate your fitness and whether continuation of employment advances the public interest before extending your appointment beyond the two-year trial period.
- This position is in the bargaining unit. This position is represented by the National Treasury Employees Union, Local 344.

## Qualifications

**Minimum Requirements**

Applicants must have attained the first professional law degree (LL.B. or J.D.) from an accredited law school and be an active member in good standing of the bar of a state, the District of Columbia, Puerto Rico, or a

**Work schedule**
Full-time

**Service**
Excepted

**Promotion potential**
15

**Job family (Series)**
0905 Attorney

**Supervisory status**
No

**Security clearance**
Not Required

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**
Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
Yes

**Announcement number**
12875518-26-CP

**Control number**
856161200

16

U.S. territory. Applicants must demonstrate excellent writing skills and be able to work effectively with other people, exercise sound judgment, and exhibit a strong interest in the work of the agency.

**Additional Requirements**

**GS-15 Positions**
For attorney appointments: active member of the bar in good standing and 60 months of legal experience after graduation from law school.

**Note: Legal and nonlegal experience gained in the Federal Government before completing law school does not satisfy post law school experience.**

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience

# Education

This position has an education requirement. You must submit a copy of your transcripts. Unofficial transcripts will be accepted in the application package; however, official transcripts will be required prior to receiving an official offer.

If you are using education completed in foreign colleges or universities to meet the qualification requirements, you must show the education credentials have been evaluated by a private organization that specializes in interpretation of foreign education programs and such education has been deemed equivalent to that gained in an accredited U.S. education program; or full credit has been given for the courses at a U.S. accredited college or university. For further information, visit: https://www.ed.gov/about/initiatives/international-affairs/recognition-of-foreign-qualifications.

# Additional information

This position is in the Excepted Service (Schedule A).

Individuals applying for this announcement are required to complete and submit an online application and all supporting documentation through the Office of Personnel Management (OPM) application system, USAJOBS. Traditional rating and ranking procedures do not apply.

17

Only experience and education obtained by the closing date of this announcement will be considered.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

## Benefits +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated based on the overall strength of your credentials as demonstrated by your cover letter, resume, writing sample, and experience. The most qualified candidates will be selected for interviews, which will also be considered in making the final decision.

Application of Veterans' Preference: There is no formal rating system for applying veterans' preference to attorney appointments in the excepted service; however, the Federal Trade Commission considers veterans' preference eligibility as a positive factor in attorney hiring. If you are eligible for veterans' preference, you are encouraged to include that information in your cover letter or resume and attach supporting documentation (e.g., DD Form 214 or other substantiating documents) to your submission.

# Required Documents

To apply for this position, you must submit a complete Application Package which includes:
1. Your resume showing work schedule, hours worked per week, dates of employment and duties performed.
2. Other supporting documents:

- Cover Letter - **REQUIRED**

- Writing Sample - **REQUIRED**

- Graduate Transcript(s), if the position has an education requirement - **REQUIRED**

- Veterans' Preference documentation, if applicable (e.g., DD-214 Member Copy 4 showing type of discharge/character of service, SF-15 Form and related documentation, VA letter, etc.)

- Career Transition Assistance Program/Interagency Career Transition Assistance Program documentation, if applicable (e.g., Certification of Expected Separation, Reduction-In-Force Separation Notice, or Notice of Proposed Removal; SF-50 that documents the RIF separation action; and most recent performance appraisal.)

- Schedule A - In order to receive consideration under the Schedule A authority, you must provide a certification of job readiness printed on a medical professional's letterhead and signed. For more information, please visit USAJOBS Individuals with Disabilities (https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/individuals-with-disabilities/)

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

To apply for this position, you must complete the online application and submit the documentation specified in the Required Documents section above. A complete application package must be submitted by

11:59 PM (EST) on the closing date of the announcement to receive consideration.

- To begin, click **Apply** to access the online application. You will need to be logged into your USAJOBS account to apply. If you do not have a USAJOBS account, you will need to create one before beginning the application.

- Follow the prompts to **select your resume and/or other supporting documents** to be included with your application package. You will have the opportunity to upload additional documents to include in your application before it is submitted. Your uploaded documents may take several hours to clear the virus scan process.

- After acknowledging you have reviewed your application package, complete the Include Personal Information section as you deem appropriate and **click to continue with the application process**.

- You will be taken to the online application which you must complete in order to apply for the position. Complete the online application, verify the required documentation is included with your application package, and submit the application.

To verify the status of your application, log into your USAJOBS account (https://login.usajobs.gov/Account/Login), all of your applications will appear on the Welcome screen. The Application Status will appear along with the date your application was last updated. For information on what each Application Status means, visit: https://www.usajobs.gov/Help/how-to/application/status/.

---

### Agency contact information

 Corey Pickeral

**Phone**
202-326-3002
**Email**
cpickeral@ftc.gov

**Address**
*Federal Trade Commission*
*600 Pennsylvania Ave, NW*
*Suite H-723*
*Washington, DC 20580*
*US*

---

## Next steps

Once your online application is submitted you will receive a confirmation notification by email. Your application will be evaluated by the Human Capital Office to determine your eligibility for the position. After the evaluation is complete, you will receive another notification regarding the status of your application.

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request

**OPM | USAJOBS**

USAJOBS is a United States Office of Personnel Management website.