**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

   *Plaintiff*,


  *v.*


FEDERAL TRADE COMMISSION;
ANDREW N. FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission; MARK R. MEADOR, in his
official capacity as Commissioner of the
Federal Trade Commission; and JOHN DOES
1–3, in their official capacities as
Commissioners of the Federal Trade
Commission,

   *Defendants*.

</td><td>

Case No. 26-cv-00532-JEB

</td></tr>
</table>

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff the World Professional Association for Transgender Health's ("WPATH") Motion for Preliminary Injunction and accompanying memorandum, declarations, and exhibits, it is hereby:

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**; it is further

**ORDERED** that Defendants, and others in active concert or participation therewith, are **ENJOINED** from implementing or enforcing the Civil Investigative Demand ("CID") issued by the Federal Trade Commission to WPATH on January 15, 2026 ("the Demand"); it is further

1

**ORDERED** that Defendants, and others in active concert or participation therewith, are enjoined from taking further unlawful action interfering with or retaliating against WPATH's exercise of its First Amendment rights, such as requiring disclosure of WPATH's members; issuing another CID to WPATH that demands substantially similar information as the Demand; issuing an order under 15 U.S.C. § 46(b) to WPATH that demands substantially similar information as the Demand; or issuing a voluntary access letter to WPATH that requests substantially similar information as the Demand; it is further

**ORDERED** that Defendants, and others in active concert or participation therewith, are enjoined from taking indirect unlawful action interfering with or retaliating against WPATH's exercise of its First Amendment rights by issuing CIDs to any other non-profit organization engaged in non-commercial speech regarding WPATH and demanding substantially similar information about WPATH as the Demand; it is further

**ORDERED** that Plaintiff is not required to post a bond for this injunction pursuant to Federal Rule of Civil Procedure 65(c); it is further

**ORDERED** that Defendants shall file a status report with the court, within 24 hours of entry of this Order, confirming their compliance with the preliminary injunction; it is further

**ORDERED** that this preliminary injunction shall remain in effect pending further order of this Court.


**IT IS SO ORDERED**.


Dated: _____                 _____

                                                United States District Judge


2