UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00532-JEB |

**CONSENT MOTION FOR ENTRY OF BRIEFING SCHEDULE ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, the World Professional Association for Transgender Health ("WPATH"), by and through counsel, respectfully moves this Court for the entry of an order setting a briefing schedule for Plaintiff's Motion for Preliminary Injunction, based on the following:

1. On February 25, 2026, WPATH filed a Motion for Preliminary Injunction. ECF 3. The Court ordered a hearing on March 2, 2026, at 3:00 p.m. to set a briefing schedule for WPATH's Motion, unless the Court approves an agreed-upon scheduling order before that time.

2. The parties subsequently conferred via email and agreed to submit a proposed briefing schedule under which Defendants' response to WPATH's Motion would be filed by March 19, 2026, and WPATH's reply would be filed by March 30, 2026.

3. WPATH believes that oral argument would aid the Court's resolution of the Motion for a Preliminary Injunction and respectfully requests that the Court schedule a hearing, if possible, prior to April 15, 2026. Defendants do not believe oral argument is necessary for resolution of the legal issues presented in the motion but stand ready for a hearing if the Court determines it would

1

be necessary or helpful and defer to the Court on the timing of any hearing.

4. The parties agreed that upon entry of an order granting this consent motion, the Commission will send a letter to WPATH stating that the deadline for WPATH's compliance with the Civil Investigative Demand shall be extended to a date that is 60 days from the Court's decision on WPATH's Motion.

5. Upon the Court's entry of an order granting this consent motion, WPATH has agreed not to oppose any motion by Defendants to extend the deadline in Federal Rule of Civil Procedure 12(a) to answer or dismiss the Complaint to a date that is 30 days after the Court rules on WPATH's Motion.

Dated: February 26, 2026                              Respectfully Submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 358651]
Schuyler J. Standley (*pro hac vice* pending)
Isabella M. Oishi [Bar No.  90018056]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com
IOishi@lowellandassociates.com

*Attorneys for WPATH*


/s/ Ethan D. Beck
Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

*Attorneys for Defendants*