IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>*Defendants*. | No. 1:26-cv-0532 |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO ANSWER OR MOVE TO DISMISS**

Defendants respectfully move to extend the deadline in Civil Rule 12(a) to answer the complaint or to move to dismiss. Because the complaint and summons were served on the United States Attorney on March 2, 2026, the current deadline to answer or move to dismiss is May 1, 2026. *See* Fed. R. Civ. P. 12(a)(2). There is good cause for an extension. It would be premature, and an unnecessary expenditure of judicial resources, for Defendants to file a motion to dismiss (or to answer the complaint) while Plaintiff's motion for a preliminary injunction is pending. Moreover, Defendants have not previously sought to extend this deadline, and granting the motion would not impair existing deadlines. Accordingly, Defendants seek to extend the deadline until 30 days after the Court rules on the pending motion for a preliminary injunction. *See* ECF No. 6 (detailing the parties' proposed case deadlines).

Counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the relief requested. *See* Local Civ. R. 7(m).

## CONCLUSION

For these reasons, the deadline to answer the complaint or to file a motion to dismiss should be extended until 30 days after this Court rules on the pending motion for a preliminary injunction.

Dated: March 5, 2026
       Washington, D.C.

Respectfully submitted,

OF COUNSEL:

CHRISTOPHER MUFARRIGE
*Director*

KATHERINE WHITE
*Deputy Director*

BUREAU OF COMPETITION

LUCAS CROSLOW (D.C. Bar #1048342)
*General Counsel*

ALEX POTAPOV (D.C. Bar #998355)
*Deputy General Counsel*

/s/ Ethan D. Beck
ETHAN D. BECK (D.C. Bar #90024619)
*Counsel to the General Counsel*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

*Attorneys for the Defendants*