IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

          *Plaintiff*,

    v.

FEDERAL TRADE COMMISSION, et al.,

          *Defendants*.

No. 1:26-cv-0532

**[PROPOSED] ORDER EXTENDING
DEADLINE TO ANSWER OR MOVE TO DISMISS**

On consideration of Defendants' unopposed motion to extend the deadline to answer the complaint or move to dismiss, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**. The deadline to answer or move to dismiss under Federal Rule of Civil Procedure 12 is hereby extended until 30 days after the Court rules on Plaintiff's pending motion for a preliminary injunction.

**IT IS SO ORDERED.**


Dated: _____

                                              _____
                                              U.S. District Judge