**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

      *Plaintiff,*

      v.

FEDERAL TRADE COMMISSION, *et al.*,

      *Defendants*.

No. 1:26-cv-00532-JEB

**[PROPOSED]
ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO FILE BRIEF OF LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC. AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is the motion of Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal"), pursuant to Local Civil Rule 7(o)(2), for leave to submit a brief as *amicus* in support of Plaintiff, the World Professional Association for Transgender Health.

The motion, being unopposed, is GRANTED for the reasons stated in the motion and it is ORDERED that the brief of Lambda Legal is accepted as filed.

_____        _____
Hon. James E. Boasberg, Chief Judge        Date
U.S. District Court for the District of Columbia