CO-386
10/2018

# United States District Court
# For the District of Columbia

THE WORLD PROFESSIONAL ASSOCIATION
FOR TRANSGENDER HEALTH,

        Plaintiff

  vs

FEDERAL TRADE COMMISSION; et al.,

        Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No._____No. 1:26-cv-00532-JEB_____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Lambda Legal Defense and Education Fund, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Lambda Legal Defense and Education Fund, Inc.__ which have

any outstanding securities in the hands of the public:

  None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Karen L. Loewy
_____
Signature

__1722185__
_____
BAR IDENTIFICATION NO.

Karen Loewy
_____
Print Name

815 16th Street NW, Suite 4140
_____
Address

Washington, D.C. 20006
_____
City      State     Zip Code

(202) 804-8585
_____
Phone Number