### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

      *Plaintiff,*

    v.

FEDERAL TRADE COMMISSION, *et al.*,

      *Defendants*.

No. 1:26-cv-00532-JEB

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Karen L. Loewy, a member of the bar of this Court and counsel for *amicus curiae*, hereby moves for the admission *pro hac vice* of Morgan J. Walker in the above-captioned case. In support of this motion, the undersigned states as follows:

1.      Morgan J. Walker is an attorney with Lambda Legal Defense and Education Fund, Inc. and maintains her office at 3500 Oak Lawn Avenue, Suite 500, Dallas, TX 75219.

2.      As set forth in the declaration attached as Exhibit A, Morgan J. Walker is an active member in good standing of the state bar of the State of Alaska (#0712110), as well as the bar of the U.S. District Court for the District of Alaska and the bar of the U.S. Court of Appeals for the Ninth Circuit. Her State of Alaska Certificate of Good Standing is attached hereto as Exhibit B.

3.      Morgan J. Walker does not seek to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Morgan J. Walker to appear *pro hac vice* in the above-captioned case.

Dated:  March 17, 2026

Respectfully submitted,

/s/ *Karen L. Loewy*

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org