**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, <br><br> *Plaintiff*, <br><br> *v.* <br><br> FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 26-cv-00532-JEB |

**DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Abbe David Lowell, declare pursuant to 28 U.S.C. § 1746 that:

1.      I am an attorney with the law firm Lowell & Associates, PLLC.  I represent Plaintiff the World Professional Association for Transgender Health ("WPATH") in this action.  I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction.  If called upon to do so, I could and would competently testify as follows:

2.      Attached hereto as **Exhibit 32** is a true and correct copy of the Federal Trade Commission's Order Denying WPATH's Petition to Quash Civil Investigative Demand, entered on March 23, 2026.

3.      Attached hereto as **Exhibit 33** is a true and correct copy of the United States' Response in Opposition to Defendants' Motion for Summary Judgment, in *Boe v. Marshall*, 2:22-cv-00184-LCB-CWB, ECF 627, 35–36 (M.D. Ala. July 1, 2024).

4.      Attached hereto as **Exhibit 34** is a true and correct copy of an American Medical Association publication, titled "*AMA Board Newsletter – March 2026*," available at https://perma.cc/5QTS-J47P (last accessed March 30, 2026).

5.      Attached hereto as **Exhibit 35** is a true and correct copy of an FTC document, titled "*The Future of the COPPA Rule: An FTC Workshop – Speaker Bios*" (Oct. 7, 2019), available at https://perma.cc/PF4M-2NLE (last accessed March 30, 2026).

6.      Attached hereto as **Exhibit 36** is a true and correct copy of an FTC document, titled "*Transcript for The Future of the COPPA Rule: An FTC Workshop Part I*" (Oct. 7, 2019), https://perma.cc/BZA5-LZEX (last accessed March 30, 2026).

1

7.      Attached hereto as **<u>Exhibit 37</u>** is a true and correct copy of an FTC press release, titled "*FTC Announces Workshop on Exploring Unfair or Deceptive Trade Practices in 'Gender-Affirming Care' for Minors*" (June 9, 2025), available at https://perma.cc/GD6V-5UAJ (last accessed March 30, 2026).

8.      Attached hereto as **<u>Exhibit 38</u>** is a true and correct copy of an FTC website, titled "*Budget and Strategy*," available at https://perma.cc/UX7K-HW44 (last accessed March 30, 2026).

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 30, 2026, in Washington D.C.

<u>*/s/Abbe David Lowell*</u>
Abbe David Lowell [Bar No. 358651]