# Exhibit 34



# AMA Board Newsletter – March 2026

## Letter from the chair

We recently wrapped up a very successful National Advocacy Conference in Washington, D.C., where we heard from members of Congress, the administration, entrepreneur Mark Cuban, and CNN's chief medical correspondent, Sanjay Gupta, MD. More than 400 conference attendees went to the Hill to **advocate for eliminating prior authorization burdens, maintaining access to Medicaid**, and protecting seniors access to Medicare, among other issues important to physicians and patients.

One of the true highlights of the conference was the annual ceremony to present the 2026 AMA Awards for Outstanding Government Service, which recognizes outstanding contributions to advance science and public health either locally or at the state and federal levels. This year, we were proud to honor **Rep. Mariannette Miller-Meeks, MD, (R-Iowa)**, **Philip Huang, MD, MPH**, of the Dallas health department, **state Sen. Julie Morrison (D-Ill.)**, and **Lisa G. Rider, MD**, of the National Institutes of Health.

# Gender-affirming care

In early January members of AMA leadership met with Dr. Oz at the Department of Health and Human Services (HHS) as part of a grand rounds on gender dysphoria. This meeting followed the issuance of a proposed rule that would halt federal funding and Medicare/Medicaid participation for institutions providing such care, as well as a threatening letter from HHS leadership opposing gender-affirming care. As you know, in response to these developments and others, a number of hospitals paused or discontinued some or all gender-affirming services.

That January meeting included representatives from several specialties, including the American Society of Plastic Surgeons (ASPS). During the discussion, it became clear that HHS was looking for each society to share their position on gender affirming care. The representative for ASPS stated its opposition to gender-affirming surgery in minors and described an increase in requests for surgical reversals. In fact, shortly after the meeting, ASPS released a nine-page position statement outlining their position of opposition to gender affirming care in minors.

Knowing the press would pick up the statement and preparing for the inquiry, the AMA Board chair convened the Executive Committee of the Board to discuss a possible response. That meeting was followed by a full Board meeting, given the level of interest and importance of the issue. The Board agreed on language to be used only if the AMA was contacted by the media, and for the AMA President to use in interviews. During our Board discussion, we were clear that we were not changing AMA policy.

The AMA did not issue a preemptive statement on these issues. We responded only after being contacted by media outlets, using the language approved by the Board. While some media coverage characterized this as agreement with the ASPS statement, that phrasing did not come from the AMA. Unfortunately, how reporters frame their stories is beyond our control.

In recent days, AMA communications to the *New York Times* have requested a correction on their part to reflect the actual language the AMA used in response to their inquiry. Additionally, a letter to the editor has been submitted requesting a public correction—this was neither a policy change nor was it an endorsement of a position taken by another medical society. In addition, during Congressional testimony in mid-March, I had the opportunity to set the record straight stating to the Subcommittee on Health of the House Energy and Commerce Committee that there has been no change in AMA policy with respect to access to and provision of gender-affirming care. This will appear in the *Congressional Record*.

As noted above, AMA policy on gender-affirming care is unchanged. Our recent response to questions about ASPS's position statement was intended to preserve—not diminish—access to gender-affirming care, and to clarify and reinforce what our policy has long reflected and standards of care. The AMA supports gender-affirming care as medically necessary per our policy.

# Board activities: Change is underway

Prior to the National Advocacy Conference, your Board of Trustees met to discuss several important issues. These included our ongoing work with the Council on Constitution and Bylaws to improve the internal operating procedures for our delineated sections. The Board has asked CCB to create a template for sections to use when updating their internal operating procedures. This will help ensure a uniform structure across the sections while also allowing each section to maintain elements important and unique to their areas of focus. It will take time to complete these efforts, but we are working toward a better and more streamlined system for IOP reviews and updates.

As AMA CEO John Whyte, MD, MPH, continues to stress to the Board and staff the importance of the organization achieving greater operational excellence, the Board has turned his mantra into action with the launch of two projects that we have previously shared with you. One project is an update of the AMA's overarching strategic plan while the second is an evaluation of the current Board of Trustees structure and function. Both efforts are discussed in greater detail below.

On another front, as we have also previously shared, the Council on Long Range Planning and Development is working on framing improvements to the House of Delegates governance functions and working to identify aspects of the HOD structure of representation and various other governance issues that warrant review. I want to thank those who reached out to volunteer for the CLRPD focus groups. We have already notified those who were selected to join this process, and we have created a list of additional volunteers should we need to expand the effort.

So, where do we now stand? After 14 years, the Board decided it was time to reassess the association's strategic plan and determine whether it reflects the direction the AMA should be pursuing today.

To support this effort, the Board engaged L.E.K., a global consulting firm. Working closely with the Board and a steering committee of senior management, they evaluated the current strategy and developed a new framework. That framework has now been approved.

Staff will begin building on this new framework to refresh the AMA's strategic plan in ways that clearly demonstrate the AMA's relevance and value to physicians and their patients. As with any strategic initiative, implementation will take time. We will share more details at the June Annual Meeting.

With the goal of improving our effectiveness and efficiency, the Board has also completed a comprehensive review of its structure and operations. I can report the assessment phase is complete, and now the real work begins: putting those insights into action to strengthen the Board's performance and better serve the organization.

Undertaken alongside the strategic planning process, this effort positions us to build a more focused, high-performing Board of Trustees—one that delivers greater value to our members, advances our initiatives, and ultimately benefits patients.

Implementation is just getting underway. We are committed to doing the hard work ahead and look forward to sharing our progress and lessons learned in the months to come.

## Finding common ground in healthy food choices

The Dietary Guidelines issued by the secretary of Health and Human Services earlier this year remain an important focus for the AMA. While we did not formally endorse the guidelines, we support the core principles they advance.

Good nutrition is the foundation of good health. Evidence continues to show that diet-related changes can prevent, or significantly reduce, the burden of many chronic diseases. The guidelines emphasize "real food," encouraging Americans to choose whole, minimally processed foods and to limit highly processed, packaged, ready-to-eat items, especially those high in added sugars and sodium.

Consistent with AMA policy, we are continuing to develop educational programming and resources that promote the concept of food as medicine and equip physicians to integrate nutrition into patient care.

## April's upcoming Board meeting

Looking ahead, the Board anticipates a full agenda at the April meeting, including more than 30 Board reports in advance of the June Annual Meeting. The Board will also consider management reports that require formal action. Updates on Board actions will be posted on the **House of Delegates website**.