# Exhibit 35

THE FUTURE OF THE **COPPA RULE**

an FTC Workshop
October 7, 2019 | Washington, DC

## SPEAKER BIOS

**Parry Aftab** has advised nations, networks, the United Nations, and global regulatory agencies in youth digital engagement, cybersafety, and digital privacy since 1995. She devotes a majority of her time running charities globally, including the new Cybersafety.org and the Cybersafety India Foundation. She is the Youth Digital Privacy and Cybersafety Advisor for the IEEE. Together with her Cybersafety Taskforce, she is developing cybersafety standards, professional development, and certifications for the youth digital ecosystem. She was among the initial advisors on the drafting of the COPPA in 1998.

**John E. Ahrens** has served as Veratad Technologies' Chief Executive Officer since 2006. In that role, he manages the company's strategic direction and overall operations. He is also a principal and a founding member of INFOLynx, a software design and consulting company providing software and services to some of the nation's leading financial services companies. He was a founding principal of a N.J.-based insurance, risk management, brokerage, and consulting firm, which Wells Fargo/Wachovia Bank acquired in 2002. During his 25 years of professional insurance practice, he developed expertise in the technology sector and was recognized on numerous occasions for outstanding management performance.

**James Cooper** is an Associate Professor of Law and Director of the Program on Economics & Privacy at George Mason University's Antonin Scalia Law School. He has held several senior positions at the FTC, including most recently Deputy Director for Economic Analysis in the Bureau of Consumer Protection. His research focuses on the law and economics of consumer protection and competition policy.

**Malik Ducard** is a Vice President of Content Partnerships at YouTube, overseeing the platform's efforts for the Learning, Social Impact, Family, Film & TV content areas. He previously served as senior vice president of digital distribution for the Americas at Paramount Pictures and oversaw distribution of content to digital platforms. Prior to Paramount, he led Lionsgate's Home Entertainment Acquisitions group, MGM's Home Entertainment's Acquisitions and Business Development division. He serves as Board President of LA Makerspace, a non-profit organization that brings STEAM education to youth throughout Los Angeles, and a Board member of Inner-City Arts, an arts education organization for underserved local communities. He authored *Henry's Big Win*, a winner of the Jessie Redmon Fauset Award for Best Children's Book. He earned a B.A. from Columbia University and an MBA from UCLA Anderson School of Management.

**James E. Dunstan** serves as General Counsel to TechFreedom, a non-partisan think tank advocating for free-market approaches to technological change. He also is the founder of Mobius Legal Group and has been in private legal practice for over 35 years. He has represented large media companies, small computer start-ups, and major television programming producers in COPPA compliance since its inception in 1998. He is also a computer programmer and the holder of two patents for

human/computer interfaces, so he has hands-on experience in the technical challenges of the COPPA, from age-gating to parental consent.

**Dona Fraser** is Vice President of CARU (Children's Advertising Review Unit), a unit of the BBB National Programs, Inc. She has extensive experience with self-regulation and a strong understanding of marketplace challenges facing children's advertisers and the complexities of children's privacy issues. Before joining CARU, she served as Vice President, Privacy Certified, and Director, Privacy Online, at the Entertainment Software Rating Board (ESRB). She oversaw ESRB's COPPA Safe Harbor program, providing hands-on assistance to participating companies on the development of data collection and privacy practices to meet ESRB & COPPA standards. She also crafted best privacy practices in several areas, including mobile apps, downloadable games, short-form privacy policies, behavioral advertising, and social networking. Prior to joining the ESRB, she served as a Director of Business and Legal Affairs for music labels at BMG/Sony Music.

**Josh Golin** is Executive Director of the Campaign for a Commercial-Free Childhood (CCFC), a national independent watchdog of the children's media and marketing industries. CCFC organizes campaigns against corporations that target children with harmful marketing, advocates for policies that limit marketers' access to young people, and helps parents and professionals reduce the amount of time kids spend with ad-supported screens. Working with the Center for Digital Democracy and Institute for Public Representation, CCFC has filed COPPA complaints against the Google Play Store, YouTube, Facebook, and Amazon.

**Harry Jho** is the CEO and 2002 Co-Founder of Sockeye Media LLC, which produces Mother Goose Club. Mother Goose Club was originally created in the mid-2000s to run as interstitials on local PBS stations. In 2008, he uploaded Mother Goose Club to YouTube in order to share the program with potential partners by email instead of by mailing them DVDs. Mother Goose Club's family of channels has since been watched more than 13 billion times and has amassed over 11 million subscribers. He is also a three-time Emmy award-winner and has spoken at digital media conferences across the globe, often as a guest of YouTube.

**Ariel Fox Johnson** is Senior Counsel for Policy and Privacy at Common Sense Media, where she advocates for smart practices, policies, and rules to help all kids thrive in today's wired world. Her work focuses on enhancing families' experiences with media and emerging technology, strengthening students' educational privacy, and promoting robust consumer protections in the online world. She frequently advises policymakers and industry experts, and she has helped develop laws on student privacy, consumer privacy, and the Internet of Things. Prior to joining Common Sense, she worked on privacy, media, intellectual property, and technology matters at corporate law firms.

**Katharina Kopp** is the Deputy Director and Director for Policy at the Center for Digital Democracy (CDD). In those roles, she explores how the use of data in classifying and predictive analytics adversely affects individuals, groups, and society. The impact on equity, autonomy, and the erosion of fairness and justice are of main concern to her. She worked with the Center for Media Education during the 1990s and served as a key policy advocate during the passage and implementation of the COPPA. In addition to her various positions as an NGO advocate, she served as vice president at American Express, leading its global privacy risk management program. She completed her Ph.D. and M.A. in

communications and public policy at the University of Pennsylvania, Annenberg School for Communication. She holds CIPP/US and CIPP/G certifications.

**Phyllis Marcus** is a Partner in Hunton Andrews Kurth LLP's Competition and Consumer Protection group, where her practice focuses on privacy and advertising counseling for retail and consumer products clients. She has expertise with the COPPA and the FTC's advertising principles. She previously worked for 17 years in the FTC's Bureau of Consumer Protection, where she led the FTC's 2010-2012 review of the COPPA Rule. She is Co-Chair of the ABA's Section on Antitrust Privacy and Information Security Committee and sits on Law360's Privacy & Consumer Protection Editorial Advisory Board.

**Jonathan Mayer** is an Assistant Professor at Princeton University, where he holds appointments in the Department of Computer Science and the Woodrow Wilson School of Public and International Affairs. He previously served as the technology law and policy advisor to United States Senator Kamala Harris and as the Chief Technologist of the Federal Communications Commission Enforcement Bureau. His research centers on the intersection of technology and law, with emphasis on national security, criminal procedure, consumer privacy, network management, and online speech. He holds a Ph.D. in computer science from Stanford University and a J.D. from Stanford Law School.

**Don McGowan** is the Chief Legal Officer and Business Affairs of The Pokémon Company International, Inc. (TPCi), where he has worked since August 2008. Among other things, he spearheaded the launch of "Pokémon GO" (including TPCi's investment into its developer) and was one of the producers of the summer 2019 feature film *Pokémon: Detective Pikachu*. He has served on the Boards of Directors of the National Center for Missing and Exploited Children and Wicked Cool Toys. He teaches Entertainment Law at the University of Washington.

**Sheila A. Millar** is a Partner with the law firm of Keller and Heckman LLP, where much of her practice focuses on consumer protection issues, including privacy, advertising, and product safety. She is a long-time member of the Children's Advertising Review Unit (CARU) Supporters Council and a vice chair of the International Chamber of Commerce (ICC) Marketing and Advertising Commission.

**Laura Moy** is an Associate Professor, Director of the Communications & Technology Law Clinic, and Associate Director of the Center on Privacy & Technology at Georgetown University Law Center. She has written, spoken, and advocated before federal agencies and Congress on a broad range of technology policy issues, including law enforcement surveillance, consumer privacy, security research, device portability, copyright, and net neutrality. She previously worked on technology policy issues at New America and Public Knowledge. She completed her B.A. at the University of Maryland, her J.D. at New York University School of Law, and her LL.M. at Georgetown.

**Kate O'Loughlin** is Chief Operating Officer of North America at SuperAwesome. In that role, she leads SuperAwesome's regional growth strategy and execution as well as the global customer success across the company's kid-safe products. Previously, she was employee number three at Tapad (acquired by Telenor) and led Tapad's identity-driven advertising business as Senior Vice President and General Manager. Before joining Tapad, she was Product Director at MediaMath and a Lockheed Martin Senior Systems Engineer.

3

**Jo Pedder** is Head of Regulatory Strategy at the United Kingdom Information Commissioner's Office (ICO). In that role, she is responsible for leading the development of key ICO information rights policies and activities and engaging with key decision makers and influencers both in the UK and internationally. Her team has led the ICO's work on children's privacy and the development of the Age Appropriate Design Code. She previously served as the ICO's Head of Engagement, a role in which she led teams responsible for producing the ICO's internationally recognized guidance and for liaising with strategic stakeholders in the private and third sector and public services. Prior to joining the ICO in 2004 to work on Freedom of Information complaints, she worked for the Charity Commission.

**Noah Joshua Phillips** is a Commissioner on the Federal Trade Commission. Before coming to the FTC, he served as Chief Counsel for U.S. Senator John Cornyn on the Senate Judiciary Committee. From 2011-2018, he advised Senator Cornyn on legal and policy matters in antitrust, constitutional law, consumer privacy, fraud, and intellectual property. Prior to his Senate service, he worked as a litigator at Cravath, Swaine & Moore LLP and Steptoe & Johnson LLP. He began his career at Wasserstein Perella & Co., an investment bank in New York City. He received his A.B. from Dartmouth College and his J.D. from Stanford Law School.

**Samantha Vargas Poppe** founded Equity Matters, LLC—a company committed to changing the odds for success in underserved communities through policy advocacy—in 2019. She draws on 20 years of experience working to drive policy change that can improve the wellbeing for millions of people living in the United States. Previously, she was the Director of the Policy Analysis Center at UnidosUS—the largest national Hispanic civil rights and advocacy organization in the United States. She also served at the U.S. Government Accountability Office to support Congress and help improve the performance and accountability of federal programs. She has a Master's Degree in Public Policy from the George Washington University and a Bachelor's Degree in Human Biology from Stanford University.

**Claire Quinn** is Vice President, Compliance at PRIVO, a company that provides privacy compliance, customer identity, and permission management services to companies that interact with children online. She has more than 20 years of experience, specializing in the COPPA, the GDPR, and children's privacy and safety in the digital world. She works with child-directed brands, third-party service providers, moderation companies, and agencies. Her past positions include Chief of Safety at Weeworld.com and Head of Lycos Interactive UK. She was also an ambassador for the Children's Exploitation & Online Protection command in the UK and worked closely with law enforcement globally. She holds the CIPP/e certification.

**Dr. Jenny Radesky** is a Developmental Behavioral Pediatrician and Assistant Professor of Pediatrics at the University of Michigan Medical School. She received her M.D. from Harvard Medical School, trained in Pediatrics at Seattle Children's Hospital, and completed subspecialty training in Developmental Behavioral Pediatrics at Boston Medical Center. Her NIH-funded research focuses on the use of mobile/interactive technology by parents and young children and how this relates to child self-regulation and parent-child interaction. Clinically, her work focuses on developmental and behavioral conditions in low-income and underserved populations. She was the lead author of the American Academy of Pediatrics (AAP) guidelines about media use by young children in 2016, and continues to work with the AAP as a member of the Executive Committee of the Council on Communications and Media to call for a better-designed digital environment for kids. She would like to

4

acknowledge the Eunice Kennedy Shriver National Institute of Child Health and Development for its support of research she will present during the workshop.

**Morgan Reed** is the President of ACT | The App Association, representing more than 5,000 app makers and connected-device companies in the mobile economy. He leads the organization's advocacy and strategy on behalf of small to medium-sized businesses on policy issues such as privacy, intellectual property, competition, and small business innovation. Developers, policymakers, and media regularly seek his insight and commentary on the state of the app ecosystem. He is also an author and contributor to several industry-related white papers and part of the developer team for the Linux Router Project (LEAF) and remains an active Apple and iOS-licensed developer.

**Janne Salminen** is Senior Legal Counsel at Rovio Entertainment Corporation in Espoo, Finland. He advises on all aspects of cross-border mobile game development and publishing, as well as other content development and brand licensing. Prior to joining Rovio in 2011, he held positions at Finnish law firms representing clients in technology and telecommunications industries. He received his Master of Law from the Faculty of Law at the University of Helsinki.

**Steve Smith** has more than twenty-three years of CIO/CTO experience in rural and urban, large and small, school districts in New England, with the last twelve years spent as CIO of Cambridge Public Schools. Recently, he has spent a great deal of time navigating student privacy issues. He has represented Maine and currently represents Massachusetts on the National Forum on Education Statistics. He has contributed to the Forum's Education Data Privacy, Civil Rights Data Reporting, Longitudinal Data Systems, SCED, Virtual Education, Facilities Data Management, Technology Suite, Crisis Data Management, and Metadata working groups. In addition, he is a contributing member to the CoSN Trusted Learning Environment project and the Founder of the Student Data Privacy Consortium.

**Julia Tama** is a Partner in the privacy and data security practice at Venable LLP. She has extensive experience helping clients in a range of industries comply with the COPPA, including both online publishers and their third-party service providers. Previously, she served as Judiciary Committee Counsel to U.S. Senator Charles E. Schumer, where her portfolio included privacy and child online safety issues.

**Amelia Vance** is a Senior Counsel and the Director of Education Privacy at the Future of Privacy Forum. She advises policymakers, academics, companies, districts, and states on child and student privacy law and best practices; oversees the Education Privacy Resource Center website and the review of applicants to the Student Privacy Pledge; and convenes stakeholders to ensure the responsible use of student data and education technology in schools. She is a regular speaker at education and privacy conferences in the U.S. and abroad, has testified before Congress, and presented at the 2017 U.S. Department of Education and Federal Trade Commission workshop on student privacy and Ed Tech. She is a member of the Virginia State Bar and the International Association of Privacy Professionals.

**Christine S. Wilson** is a Commissioner on the Federal Trade Commission. She previously served at the FTC as Chairman Tim Muris's Chief of Staff and as a law clerk in the Bureau of Competition while attending law school. Prior to her nomination, she served as Senior Vice President — Legal, Regulatory

& International for Delta Air Lines. Prior to joining Delta, she was a member of the antitrust practice groups of Kirkland & Ellis LLP and O'Melveny & Myers LLP. Early in her career, she worked with former Assistant Attorney General James F. Rill at Collier Shannon Rill & Scott on a variety of competition law and policy initiatives. She graduated from Georgetown University Law Center and the University of Florida.