# Exhibit 37

Case 1:26-cv-00532-JEB   Document 34-7   Filed 03/30/26   Page 2 of 3



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# FTC Announces Workshop on Exploring Unfair or Deceptive Trade Practices in "Gender-Affirming Care" for Minors

The workshop will include presentations from doctors, specialists, medical ethicists, whistleblowers, detransitioners, and parents.

June 9, 2025

**Tags:**  [Consumer Protection](#)  |  [Commissioners](#)  |  [Health Care](#)

Today the Federal Trade Commission announced it will host a workshop focusing on unfair or deceptive trade practices in "gender-affirming care" for minors. The workshop, called "The Dangers of 'Gender-Affirming Care' for Minors," will take place on July 9, 2025, in Washington, DC and will be streamed online. A link to watch the webcast will be posted the morning of the event to FTC.gov.

The agenda for the workshop, which will be released prior to the event, will include doctors, medical ethicists, whistleblowers, detransitioners, and parents of detransitioners. These participants will share perspectives grounded in research, expertise, and personal experience.

The workshop is being convened following President Trump's executive order ending the federal government's previous support for "gender-affirming care" for minors. The order asserted that "medical professionals are maiming and sterilizing a growing number of impressionable children under the radical and false claim that adults can change a child's sex through a series of irreversible medical interventions."

Section 5 of the Federal Trade Commission Act gives the FTC broad authority to protect consumers from unfair or deceptive acts or practices. This authority could be implicated if there is evidence that

Case 1:26-cv-00532-JEB    Document 34-7    Filed 03/30/26    Page 3 of 3

medical professionals or others omitted warnings about the risks or made false or unsupported claims about the benefits and effectiveness of gender-affirming care for minors.

The workshop will help the FTC to understand whether consumers are being or have been exposed to false or unsupported claims about "gender-affirming care" and to gauge the harms consumers may be experiencing.

For the safety of participants, in-person attendance at the event will be invitation only. Members of the public or press who wish to attend may email healthcareworkshop@ftc.gov to indicate interest.

The Federal Trade Commission works to promote competition and protect and educate consumers. The FTC will never demand money, make threats, tell you to transfer money, or promise you a prize. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

## Contact Information

## Media Contact

Joe Simonson
Office of Public Affairs