# Exhibit 38



# Budget and Strategy

**Tags:**  FTC Operations

We use our budget ($425.7 million in FY 2025) to protect consumers from unfair and deceptive conduct by businesses and to promote competition in the marketplace. The budget supports our strategic plan, which is the roadmap we follow to allocate and manage our resources. For more context about our budget, see related documents such as budget requests to Congress and annual reports on our finances and performance results.

- Strategic Plan

- Budget, Performance, and Financial Reporting

Join us at the FTC!

View our open positions