**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION et al., <br><br> *Defendants*. | Case No. 1:26-cv-0532 (JEB) |

**NOTICE OF WITHDRAWAL OF CIVIL INVESTIGATIVE DEMAND**

Defendants write to inform the Court that on June 17, 2026, FTC staff, acting under 16 C.F.R. § 2.7(*l*), formally withdrew the civil investigative demand (CID) that is the subject of this action in light of a major development in the FTC's investigation into false or unsubstantiated claims regarding certain treatments for pediatric gender dysphoria.  As the letter withdrawing the CID (attached as Exhibit 1) indicates, the FTC's investigation has culminated in a complaint against WPATH, which was filed by the FTC and four states on June 17, and which identifies conduct that violates the FTC Act and applicable state laws.  *See Fed. Trade Comm'n v. World Pro. Ass'n for Transgender Health*, No. 4:26-cv-0748 (N.D. Tex.), Dkt.1.  The attached letter also explains that, due to the filing of this complaint, the Commission no longer regards compliance with the CID issued to WPATH as necessary to its investigation.  Several other CIDs issued in the same investigation were withdrawn on June 17 for the same reason.

Defendants intend to confer with WPATH concerning the appropriate next steps in this case in light of the withdrawal of the CID.

1

Dated: June 22, 2026

Respectfully submitted,

OF COUNSEL:

CHRISTOPHER MUFARRIGE
    *Director*, Bureau of Consumer Protection

KATHERINE WHITE
    *Deputy Director*, Bureau of Consumer
    Protection

BRETT A. SHUMATE
    *Assistant Attorney General, Civil Division*

JOHN BAILEY
    *Counsel to the Assistant Attorney General*

DANIEL F. MUMMOLO
    *Counsel to the Assistant Attorney General*

*United States Department of Justice*
*Civil Division*
*950 Pennsylvania Ave. NW*
*Washington, DC 20530*
*Phone: (202) 514-6054*
*Email: daniel.f.mummolo@usdoj.gov*

LUCAS CROSLOW
    *General Counsel*

ALEX POTAPOV
    *Deputy General Counsel*

*/s/ Ethan D. Beck*

ETHAN D. BECK
    *Counsel to the General Counsel*

*Federal Trade Commission*
*600 Pennsylvania Ave., N.W.*
*Washington, DC 20580*
*(202) 326-2110*
*ebeck@ftc.gov*

*Attorneys for Defendants*

2