# Exhibit 1



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

June 17, 2026

Bureau of Consumer Protection

**<u>VIA E-MAIL</u>**
Abbe David Lowell
Schuyler J. Standley
Isabella M. Oishi
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
ALowellpublicoutreach@lowellandassociates.com
SStandley@lowellandassociates.com
IOishi@lowellandassociates.com

 **RE: FTC File No. P264800**

Dear Mr. Lowell & Mses. Standley and Oishi:

 On January 15, 2026, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to the World Professional Association for Transgender Health, Inc.  On June 17, 2026, the Commission filed a complaint in federal district  court in *Federal Trade Commission* et al. *v. World Professional Association for Transgender Health*, *Inc.,* et al., No. 4:26-cv-00748-P (N.D. Tex.). Due to the filing of that complaint, the Commission no longer views compliance with the CID as necessary to its investigation. Accordingly, this letter withdraws the CID pursuant to FTC Rule 2.7(*l*).

 Sincerely,

 */s/ Katherine White*
 Katherine White
 Deputy Director
 Bureau of Consumer Protection