**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, <br><br>     *Plaintiff*, <br><br>   v. <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission, <br><br>     *Defendants*. | Case No. 26-cv-00532-JEB |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ANTISUIT INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 and Local Civil Rule 65.1, Plaintiff the World Professional Association for Transgender Health ("WPATH") respectfully moves for a temporary restraining order and an antisuit injunction barring Defendant the Federal Trade Commission ("FTC"), and others in active concert or participation therewith, from litigating the claims asserted in *FTC v. WPATH*, 4:26-cv-748-O (N.D. Tex.), except as mandatory counterclaims brought before this Court. For the reasons set forth in the accompanying memorandum of law, the Court should grant this motion for a temporary restraining order and, after hearing from both parties, further grant the

1

motion for an antisuit injunction.  A proposed order is attached hereto.  WPATH respectfully requests that the Court schedule a hearing no later than July 13, 2026.

Date:   June 30, 2026
        Washington, D.C.

*/s/ Caleb Hayes-Deats*
Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*

2