**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>          *Plaintiff*,<br><br>     *v.*<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>          *Defendants*. | Case No. 26-cv-00532-JEB |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Upon consideration of the Motion by Plaintiff the World Professional Association for Transgender Health ("WPATH") for a Temporary Restraining Order, the Court ORDERS that:

1. Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**;

2. Defendant Federal Trade Commission, and anyone acting in concert with it, is hereby **ENJOINED** for fourteen days from litigating the claims asserted in *FTC v. WPATH*, 4:26-cv-748-O (N.D. Tex.), except as mandatory counterclaims brought before this Court, and except as to any filings needed to inform the court in *FTC v. WPATH*, 4:26-cv-748-O (N.D. Tex.) of this Court's order;

1

3. Plaintiff is not required to post a bond for this order pursuant to Federal Rule of Civil Procedure 65(c);

4. Defendants shall file a status report with the Court within 24 hours of entry of this order, confirming their compliance with this order.

5. Defendants shall file any opposition to WPATH's motion for an antisuit injunction by July __, 2026.

6. WPATH shall file any reply in support of its motion for an antisuit injunction by July __, 2026.

7. The Court will hear oral argument on the motion for an antisuit injunction on July __, 2026, at __;__ am/pm.

**IT IS SO ORDERED**.


Dated: _____          _____

                                       Hon. James E. Boasberg
                                       Chief Judge, U.S. District Court for the District
                                       of Columbia