**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, |
| *Plaintiff*, |
| |
| *v.* |
| |
| FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission, |
| |
| *Defendants*. |

Case No. 26-cv-00532-JEB

**PLAINTIFF'S MOTION FOR DISCOVERY REGARDING
POTENTIAL VIOLATIONS OF THE PRELIMINARY INJUNCTION**

Plaintiff the World Professional Association for Transgender Health ("WPATH") respectfully moves for discovery regarding potential violations of the Court's preliminary injunction by Defendant the Federal Trade Commission ("FTC"), and others in active concert or participation therewith. For the reasons set forth in the accompanying memorandum of law, the Court should grant this motion and permit WPATH to take discovery from the FTC. A proposed order is attached hereto.

1

Date:  June 30, 2026
     Washington, D.C.

*/s/ Caleb Hayes-Deats*

Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*

2