**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

     *Plaintiff*,

    *v.*

FEDERAL TRADE COMMISSION;
ANDREW N. FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission; MARK R. MEADOR, in his
official capacity as Commissioner of the
Federal Trade Commission; and JOHN DOES
1–3, in their official capacities as
Commissioners of the Federal Trade
Commission,

     *Defendants*.

</td>
<td>

Case No. 26-cv-00532-JEB

</td>
</tr>
</table>

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY
REGARDING POTENTIAL VIOLATIONS OF THE PRELIMINARY INJUNCTION**

Upon consideration of the Motion by Plaintiff the World Professional Association for Transgender Health ("WPATH") for Discovery Regarding Potential Violations of the Preliminary Injunction and the accompanying memorandum, the Court ORDERS that:

1. Plaintiff's Motion for Discovery Regarding Potential Violations of the Preliminary Injunction is **GRANTED**;

2. The Federal Trade Commission ("FTC") and U.S. Department of Justice ("DOJ") must produce documents from January 20, 2025, to June 17, 2026, that reflect any agreement between the two agencies to cooperate on or coordinate about investigations relating to transgender healthcare for minors

1

3. The FTC must produce communications with DOJ (other than DOJ attorneys who have appeared in this case) from May 1, 2026, to June 17, 2026, discussing WPATH, particularly regarding whether to investigate WPATH in the Northern District of Texas;

4. WPATH may depose Assistant United States Attorney Ethan Womble; and

5. The parties shall submit a joint status report within 30 days of this order, regarding the status of discovery.

**IT IS SO ORDERED**.

Dated: _____    _____

Hon. James E. Boasberg
Chief Judge, U.S. District Court for the District
of Columbia