# Exhibit 8

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:26-cv-00748-O

Federal Trade Commission et al v. World Professional Association for Transgender Health, Inc. et al
Assigned to: Chief District Judge Reed O'Connor
Cause: 15:0045 Federal Trade Commission Act

Date Filed: 06/17/2026
Jury Demand: None
Nature of Suit: 890 Other Statutes: Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

| | | |
|---|---|---|
| **Federal Trade Commission** | represented by | **Ross Cooper Vaughan**<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>202-468-9914<br>Email: rvaughan@ftc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Glenna Goldis**<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Washington, DC 20580<br>202-257-2996<br>Email: ggoldis@ftc.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Hans C Clausen**<br>Federal Trade Commission<br>401 West Peachtree Street NW<br>Suite 15th Floor<br>Atlanta, GA 30308<br>404-656-1361<br>Email: hclausen@ftc.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan Cohen**<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Hq-462<br>Washington, DC 20580<br>202-326-2551<br>Email: jcohen2@ftc.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Michael Christopher Dingman**
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-714-5637
Email: mdingman@ftc.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Alaska**                        represented by  **Charles J. Gartland**
Alaska Dept. of Law
1031 W. 4th Ave.
Suite #200
Anchorage, AK 99501
907-269-5100
Fax: 907-269-5100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Iowa**                          represented by  **Eric H Wessan**
Iowa Department of Justice
Solicitor General
1305 Walnut St.
Des Moines, IA 50319
515-823-9117
Email: eric.wessan@ag.iowa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nebraska**                      represented by  **Erik W Fern**
*ex rel. Michael T. Hilgers, Attorney General*          Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
531-427-3438
Email: erik.fern@nebraska.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin James Swanson**
Nebraska Office of the Attorney General
1221 N Street
Lincoln, NE 68508
402-471-7759
Email: benjamin.swanson@nebraska.gov

**Plaintiff**

**State of Texas**                         represented by  **Robert Eugene Farquharson**
*ex rel. Ken Paxton, Attorney General*                  Office of the Attorney General of Texas
P. O. Box 12548, MC-010

Austin, TX 78711-2548
214-290-8811
Email: rob.farquharson@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**World Professional Association for Transgender Health, Inc.**
*A Texas Corporation*

**Defendant**

**World Professional Association for Transgender Health, Inc.**
*An Illinois Corporation*

**Defendant**

**United States Professional Association for Transgender Health**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2026 | 1 | COMPLAINT against All Defendants filed by State of Texas Attorney General, State of Alaska, State of Nebraska, Federal Trade Commission, State of Iowa. (Filer fee note- Filed by the USA) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) 1, Decl. of Soren Aldaco, # 2 Exhibit(s) 2, Decl. of Cassidy Andrews, # 3 Exhibit(s) 3, Decl. of Vanessa Sivadge, # 4 Exhibit(s) 4, Decl. of Caroline Miller, # 5 Exhibit(s) 5, Decl. of Elisabeth Bourne, # 6 Exhibit(s) 6, Decl. of Clementine Breen, # 7 Exhibit(s) 7, Decl. of Jonathon Skinner, # 8 Exhibit(s) 8, Decl. of Melissa Skinner, # 9 Exhibit(s) 9, Decl. of [Redacted], # 10 Exhibit(s) 10, Decl. of [Redacted], # 11 Exhibit(s) 11, Decl. of Gwen Turecki, # 12 Exhibit(s) 12, Decl. of [Redacted], # 13 Exhibit(s) 14, Decl. of [Redacted], # 14 Exhibit(s) 15, Decl. of [Redacted], # 15 Exhibit(s) 16, Decl. of Evelyn Neel, # 16 Exhibit(s) 17, Decl. of [Redacted], # 17 Exhibit(s) Image A, # 18 Cover Sheet) (Vaughan, Ross) (Entered: 06/17/2026) |
| 06/17/2026 | 2 | New Case Notes: A filing fee is not due for this case. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. All counsel and unrepresented parties are also reminded of the judge-specific requirement that they read and abide by (1) Dondi Properties Corp. v. Commerce Savings & Loan Assoc., 121 F.R.D. 284 (N.D. Tex. 1988);(2) the Local Civil |

| | | |
|---|---|---|
| | | Rules of the United States District Court for the Northern District of Texas;(3) the Texas Lawyers Creed;(4) the Texas Disciplinary Rules of Professional Conduct;and (5) Judge-Specific Requirements of Judge Pittman. (jnp) (Entered: 06/17/2026) |
| 06/17/2026 | 3 | Summons Issued as to United States Professional Association for Transgender Health, World Professional Association for Transgender Health, Inc. (An Illinois Corporation), World Professional Association for Transgender Health, Inc. (A Texas Corporation). (jnp) (Entered: 06/17/2026) |
| 06/17/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:2, 3. Wed Jun 17 11:43:15 CDT 2026 (crt) (Entered: 06/17/2026) |
| 06/17/2026 | 4 | (Document Restricted) Motion for Leave to File Complaint and Other Documents Under Seal (Sealed pursuant to motion to seal) filed by Federal Trade Commission, State of Alaska, State of Iowa, State of Nebraska, State of Texas (Attachments: # 1 Exhibit(s) Unredacted Complaint, # 2 Declaration(s) Soren Aldaco, # 3 Declaration(s) Cassidy Andrews, # 4 Declaration(s) Vanessa Sivage, # 5 Declaration(s) Caroline Miller, # 6 Declaration(s) Elisabeth Bourne, # 7 Declaration(s) Clementine Breen, # 8 Declaration(s) Jonathon Skinner, # 9 Declaration(s) Melissa Skinner, # 10 Declaration(s) Redacted, # 11 Declaration(s) Redacted, # 12 Declaration(s) Gwen Turecki, # 13 Declaration(s) Redacted, # 14 Declaration(s) Redacted, # 15 Declaration(s) Redacted, # 16 Declaration(s) Evelyn Neel, # 17 Declaration(s) Redacted, # 18 Exhibit(s) Image A, # 19 Proposed Order) **(Notice: Any required service of this document is the responsibility of the filer.)** (Vaughan, Ross) (Entered: 06/17/2026) |
| 06/17/2026 | 5 | NOTICE of Attorney Appearance by Eric H Wessan on behalf of State of Iowa. (Filer confirms contact info in ECF is current.) (Wessan, Eric) (Entered: 06/17/2026) |
| 06/17/2026 | 6 | Brief/Memorandum in Support filed by Federal Trade Commission, State of Alaska, State of Iowa, State of Nebraska, State of Texas re 4 (Document Restricted) Motion for Leave to File Complaint and Other Documents Under Seal (Sealed pursuant to motion to seal) (Vaughan, Ross) (Entered: 06/17/2026) |
| 06/17/2026 | 7 | Summons Reissued as to United States Professional Association for Transgender Health, World Professional Association for Transgender Health, Inc.(An Illinois Corporation), World Professional Association for Transgender Health, Inc.(A Texas Corporation). (bdb) (Entered: 06/17/2026) |
| 06/17/2026 | 8 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Federal Trade Commission. (Clerk QC note: No affiliate entered in ECF). (Vaughan, Ross) (Entered: 06/17/2026) |
| 06/17/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:7. Wed Jun 17 12:32:17 CDT 2026 (crt) (Entered: 06/17/2026) |
| 06/17/2026 | 9 | MOTION for Leave to Proceed Without Local Counsel filed by Federal Trade Commission, State of Alaska, State of Iowa, State of Nebraska (Attachments: # 1 Proposed Order) (Vaughan, Ross) Modified docket text per image on 6/18/2026 (jnp). (Entered: 06/17/2026) |
| 06/17/2026 | 10 | Brief/Memorandum in Support filed by Federal Trade Commission, State of Alaska, State of Iowa, State of Nebraska re 9 MOTION *For Leave to Proceed Without Local Counsel* (Vaughan, Ross) (Entered: 06/17/2026) |
| 06/17/2026 | 11 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Federal Trade Commission (Attachments: # 1 Exhibit(s) Certificate of |

| | | |
|---|---|---|
| | | Good Standing, # 2 Proposed Order Proposed Order) (Dingman, Michael) (Entered: 06/17/2026) |
| 06/17/2026 | 12 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Federal Trade Commission with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Proposed Order) (Goldis, Glenna) (Entered: 06/17/2026) |
| 06/17/2026 | 13 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Federal Trade Commission (Attachments: # 1 Exhibit(s) Certificate of Good Standing (Maryland), # 2 Proposed Order) (Cohen, Jonathan) (Entered: 06/17/2026) |
| 06/17/2026 | 14 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-16542860) filed by State of Nebraska (Attachments: # 1 Exhibit(s) Certificate of Good Standing, # 2 Proposed Order Proposed Order) (Fern, Erik) (Entered: 06/17/2026) |
| 06/17/2026 | 15 | ELECTRONIC ORDER granting 9 Motion to Proceed Without Local Counsel. Plaintiffs may proceed without Local Counsel. (Ordered by Judge Mark Pittman on 6/17/2026) (chmb) (Entered: 06/17/2026) |
| 06/17/2026 | 16 | ELECTRONIC ORDER granting 11 Application for Admission Pro Hac Vice of Michael Dingman. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 6/17/2026) (chmb) (Entered: 06/17/2026) |
| 06/17/2026 | 17 | ELECTRONIC ORDER granting 12 Application for Admission Pro Hac Vice of Glenna Goldis. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 6/17/2026) (chmb) (Entered: 06/17/2026) |
| 06/17/2026 | 18 | ELECTRONIC ORDER granting 13 Application for Admission Pro Hac Vice of Jonathan Cohen. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 6/17/2026) (chmb) (Entered: 06/17/2026) |
| 06/17/2026 | 19 | ELECTRONIC ORDER granting 14 Application for Admission Pro Hac Vice of Erik Fern. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 6/17/2026) (chmb) (Entered: 06/17/2026) |
| 06/18/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:15,16,17,18,19. Thu Jun 18 13:31:00 CDT 2026 (crt) (Entered: 06/18/2026) |
| 06/18/2026 | 20 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Federal Trade Commission (Attachments: # 1 Exhibit(s) Certificate of Good Standing, # 2 Proposed Order) (Clausen, Hans) (Entered: 06/18/2026) |
| 06/19/2026 | 21 | NOTICE of Related Case , *No Related Cases* re: 1 Complaint,,,,,,, filed by Federal Trade Commission (Vaughan, Ross) (Entered: 06/19/2026) |
| 06/22/2026 | 22 | ELECTRONIC ORDER granting 20 Application for Admission Pro Hac Vice of Hans Clausen. Important Reminder: Unless excused for cause, an attorney who is not an ECF |

| | | |
|---|---|---|
| | | user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 6/22/2026) (chmb) (Entered: 06/22/2026) |
| 06/22/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:22. Mon Jun 22 12:33:43 CDT 2026 (crt) (Entered: 06/22/2026) |
| 06/24/2026 | 23 | ORDER: The Court ORDERS that the above-captioned case, is hereby reassigned to United States District Judge Reed O'Connor for all further proceedings and the entry of judgment. Case reassigned to Chief District Judge Reed O'Connor for all further proceedings. Judge Mark Pittman no longer assigned to case. (Ordered by Judge Mark Pittman on 6/24/2026) (wxc) (Entered: 06/24/2026) |
| 06/24/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:23. Wed Jun 24 11:30:45 CDT 2026 (crt) (Entered: 06/24/2026) |
| 06/24/2026 | 24 | New Case Notes: A filing fee is not due for this case. File to: Judge O Connor. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (wxc) (Entered: 06/24/2026) |
| 06/24/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:24. Wed Jun 24 11:32:40 CDT 2026 (crt) (Entered: 06/24/2026) |
| 06/29/2026 | 25 | SUMMONS Returned Executed as to World Professional Association for Transgender Health, Inc.(A Texas Corporation) ; served on 6/23/2026. (Attachments: # 1 Summons) (Vaughan, Ross) Modified to correct service date on 6/29/2026 (wxc). (Entered: 06/29/2026) |
| 06/29/2026 | 26 | SUMMONS Returned Executed as to World Professional Association for Transgender Health, Inc.(An Illinois Corporation) ; served on 6/25/2026. (Attachments: # 1 Summons) (Vaughan, Ross) (Entered: 06/29/2026) |
| 06/29/2026 | 27 | SUMMONS Returned Executed as to United States Professional Association for Transgender Health ; served on 6/25/2026. (Attachments: # 1 Summons) (Vaughan, Ross) (Entered: 06/29/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/29/2026 20:36:00 | | | |
| **PACER Login:** | cdeats534 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:26-cv-00748-O |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |