**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>　　　　　*Plaintiff*,<br><br>　　　*v.*<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>　　　　　*Defendants*. | Case No. 26-cv-00532-JEB |

## <u>NOTICE OF PROPOSED BRIEFING SCHEDULE</u>

In accordance with the Court's instructions, the parties met and conferred on July 1, 2026, regarding a briefing schedule on Plaintiff's pending motion for a temporary restraining order and an antisuit injunction.  ECF 45.  The parties propose the following schedule:

1.  Defendants will file their opposition by Monday, July 6, 2026, at 5:00pm ET.

2.  Plaintiff will file its reply by Wednesday, July 8, 2026, at 5:00pm ET.

3.  The Court will hold a hearing on Thursday, July 9, 2026.  The parties prefer an afternoon hearing.

4.  Plaintiff's motion for discovery regarding potential violation of the preliminary injunction, ECF 46, will be briefed in accordance with Local Civil Rule 7 absent further intervening circumstances or instructions from the Court.

1

Date:   July 1, 2026
Washington, D.C.

*/s/ Caleb Hayes-Deats*
Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*


By:  */s/ Ethan D. Beck (e-signed with consent)*

Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

Brett A. Shumate
*Assistant Attorney General, Civil Division*
John Bailey
*Counsel to the Assistant Attorney General*
Daniel F. Mummolo
*Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-6054
daniel.f.mummolo@usdoj.gov

*Attorneys for Defendants*

2