**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>       *Plaintiff*,<br><br>     *v.*<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>       *Defendants*. | Case No. 26-cv-00532-JEB<br><br>**EMERGENCY RELIEF REQUESTED** |

**PLAINTIFF'S EMERGENCY MOTION FOR**
**IMMEDIATE CONSIDERATION OF PENDING MOTION FOR A**
**TEMPORARY RESTRAINING ORDER**

At 9:26 p.m. ET, counsel for Defendant the Federal Trade Commission ("FTC") sent Plaintiff World Professional Association for Transgender Health's ("WPATH") undersigned counsel an email (Exhibit 1) attaching a motion for a temporary restraining order ("TRO") against WPATH (Exhibit 2) in the matter pending before the Northern District of Texas, *FTC v. WPATH*, 4:26-cv-748-O, ECF No. 33 (N.D. Tex. July 2, 2026).  The FTC's motion, which it apparently filed after hours on the night before a federal holiday, seeks to bar WPATH from further litigating the motion for a TRO and Antisuit Injunction it filed in this suit on June 30, 2026.  More troubling

1

is that, just one day earlier, these same FTC attorneys, following this Court's Order, met and conferred with WPATH's counsel to establish a scheduling order for this Court to consider WPATH's pending motion.  *See* ECF No 48.  At no time during the meet and confer, nor afterwards when an agreed-upon schedule was submitted to this Court, nor when the Court issued its Order, did the FTC inform WPATH or this Court of its plan to make this extraordinary filing. Specifically, the FTC did not provide any notice that it would take another action to circumvent this Court's jurisdiction and to deprive this Court of its ability to hear the TRO motion this Court scheduled for a hearing next week (which included giving the FTC a fair opportunity to oppose). In fact, the relief WPATH is seeking in its pending TRO motion in this Court, if granted, would prevent the FTC from doing exactly what it did tonight.  Instead, the FTC capitalized on the schedule it suggested (and the Court expected to be followed) to further undermine this Court's jurisdiction.

Rather than filing the opposition it asked this Court to allow and having the hearing it also requested for later next week, the FTC ambushed WPATH by requesting the Northern District of Texas prohibit WPATH from following this Court's scheduling Order to consider WPATH's earlier filed motion.  Fear of such conduct is exactly why WPATH sought its TRO on June 30, 2026.

In order for this Court to preserve its properly invoked jurisdiction over this suit and the pending motion, WPATH moves for the Court to immediately enter its requested TRO to prevent the FTC's gamesmanship to create dueling cases and motions.  Without this relief, the FTC will have been able to not just end-run this Court's earlier Order and to prevent the Court from considering the pending motions that the FTC had agreed to brief and argue, but it will also prevent WPATH from protecting the rights this Court recognized it had in the granted preliminary

injunction.  In addition, WPATH will be unable to follow this Court's Order to file a reply brief or appear before this Court on July 9, 2026.

Consequently, WPATH respectfully requests that the Court immediately issue the TRO against the FTC and those acting in concert with it, ECF 45, or have the parties appear immediately to have the FTC explain its unprecedented actions and abide by the schedule it requested.

Respectfully submitted,

Date:  July 2, 2026                    /s/ Abbe David Lowell

Washington, D.C.                    Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*

3