**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>          *Plaintiff*,<br><br>     *v.*<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>          *Defendants*. | Case No. 26-cv-00532-JEB |

<u>**DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR IMMEDIATE CONSIDERATION OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER**</u>

I, Abbe David Lowell, declare under 28 U.S.C. § 1746 that:

1.      I am the founding member of the law firm Lowell & Associates, PLLC.  I represent Plaintiff the World Professional Association for Transgender Health ("WPATH") in this action.  I submit this declaration in support of Plaintiff's Emergency Motion for Immediate Consideration of its Motion for a Temporary Restraining Order.  If called upon to do so, I could and would competently testify as follows:

2.      On July 2, 2026, at 9:26 p.m. ET, I received an email from Jonathan Cohen, counsel for the Federal Trade Commission, attaching its Motion and supporting documents requesting a Temporary Restraining Order and Antisuit Injunction against WPATH in the Northern District of Texas, *see FTC v. WPATH*, 4:26-cv-748-O, ECF No. 33 (N.D. Tex. July 2, 2026).  The following individuals were copied on the email: Ross Vaughan (FTC); Michael Dingman (FTC); Hans Clausen (FTC); Jonathan Bugbee (FTC); Michelle Watchorn (FTC); Luke Weadock (FTC); Rob

1

Farquharson (Texas); Charles Gartland (Alaska); Erik Fern (Nebraska); Benjamin Swanson (Nebraska); Sean Oehrlein (FTC); Eric Wessan (Iowa); David Bizar (Texas).

3.      Attached as Exhibit 1 is a true and complete copy of Mr. Cohen's email dated July 2, 2026, at 9:26 p.m. ET.

4.      Attached as Exhibit 2 is a true and complete copy of the FTC's Motion for Temporary Restraining Order and Preliminary Injunction.  *See FTC v. WPATH*, 4:26-cv-748-O, ECF 33 (N.D. Tex. July 2, 2026).

5.      Attached as Exhibit 3 is a true and complete copy of the FTC's Memorandum in Support of Motion for a Temporary Restraining Order and Preliminary Injunction.  *See FTC v. WPATH*, 4:26-cv-748-O, ECF 34 (N.D. Tex. July 2, 2026).

6.      Attached as Exhibit 4 is a true and complete copy of the Declaration of R. Cooper Vaughan.  *See FTC v. WPATH*, 4:26-cv-748-O, ECF 34-1 (N.D. Tex. July 2, 2026).

7.      Attached as Exhibit 5 is a true and complete copy of the FTC's Proposed Order Granting Motion for a Temporary Restraining Order and Setting Hearing on Motion for a Preliminary Injunction.  *See FTC v. WPATH*, 4:26-cv-748-O, ECF 33-1 (N.D. Tex. July 2, 2026).

8.      If granted, the FTC's Proposed Order would bar WPATH from "litigating the Motion for a Temporary Restraining Order and Antisuit Injunction filed in *World Professional Association for Transgender Health v. Federal Trade Commission, et al.*, No. 1:26-cv-00532 (D.D.C.) or otherwise in any way seeking relief in this matter in any court other than [the Northern District of Texas], the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on July 2, 2026.


Abbe David Lowell
LOWELL & ASSOCIATES, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116