# Exhibit 1

| | |
|---|---|
| **From:** | Cohen, Jonathan |
| **To:** | Schuyler Standley; Caleb Hayes-Deats; Abbe David Lowell |
| **Cc:** | Vaughan, Ross (Cooper); Dingman, Michael; Clausen, Hans; Goldis, Glenna; Bugbee, Jonathan (Jay); Watchorn, Michelle CTR; Rob.Farquharson@oag.texas.gov; charles.gartland@alaska.gov; Erik.Fern@nebraska.gov; BanjaminSwanson-contact; Weadock, Luke; Oehrlein, Sean; eric.wessan@ag.iowa.gov; David.Bizar@oag.texas.gov |
| **Subject:** | FTC v. WPATH, No. 26-cv-748 (N.D. Tex.) - TRO |
| **Date:** | Thursday, July 2, 2026 9:26:37 PM |
| **Attachments:** | (34-1) Vaughn Declaration.pdf<br>(34) Memo in Support of Motion for TRO.pdf<br>(33-1) Proposed Order.pdf<br>(33) Motion for TRO.pdf |

Counsel,

Please see the attached materials, which seek a TRO against your clients in the Northern District of Texas.

If it would be helpful to discuss this, please let me know. We can be available at a mutually-convenient time tomorrow.

Happy 250,

**Jonathan Cohen**
Chief Litigation Counsel
Bureau of Consumer Protection | Federal Trade Commission
600 Pennsylvania Avenue, N.W., HQ-462 Washington, D.C. 20580
(202) 326-2551 | jcohen2@ftc.gov