# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br>  Defendants | Case No. 4:26-cv-00748-O<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs the Federal Trade Commission, Texas, and Iowa hereby move this Court for a

Temporary Restraining Order and Preliminary Injunction to restrain and enjoin Defendants from

seeking relief in this matter from courts other than this Court, the United States Court of Appeals

for the Fifth Circuit, and the United States Supreme Court.

1

Dated: July 2, 2026

Of Counsel

Jonathan Cohen
  *Chief Litigation Counsel*
District of Columbia Bar No. 483454*

Respectfully submitted,

<u>*/s/ Michael Dingman*</u>
Michael Dingman
  *Senior Counsel to the Director*
  District of Columbia Bar No. 90001474*
R. Cooper Vaughan
  *Senior Counsel to the Director*
  Virginia State Bar No. 92580
Glenna Goldis
  *Assistant Director for Special Projects*
  New York Reg. No. 4868600*
Hans Clausen
  *Attorney*
  Georgia Bar No. 153250*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: MDingman@FTC.gov

*Admitted *pro hac vice*

**FOR THE STATE OF TEXAS:**

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Johnathan Stone**
Chief, Consumer Protection Division

**David Bizar**
Assistant Attorney General
Texas State Bar No.: 24110737
**Office Of The Attorney General Of Texas**
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2185
Fax: (512) 473-8301
David.Bizar@oag.texas.gov

**FOR THE STATE OF IOWA:**

BRENNA BIRD
Attorney General of Iowa

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
Counsel for State of Iowa

3

**CERTIFICATE OF SERVICE**

I, Michael Dingman, hereby certify that on July 2, 2026, I electronically filed this motion

with the Court using the CM/ECF system, a copy of which will be mailed and emailed to

Defendants' counsel.

/s/ Michael Dingman
Michael Dingman

## CERTIFICATE OF CONFERENCE

Due to the substantial urgency of the matter, Plaintiffs the Federal Trade Commission, Texas, and Iowa did not have an opportunity to schedule a conference. Additionally, in light of Defendant WPATH-TX's opposing request for relief in a different court, such a conference is almost certainly futile and this Motion should be deemed opposed. The Federal Trade Commission, Texas, and Iowa will nevertheless endeavor to confer with Defendants as soon as possible.

*/s/ Michael Dingman*
Michael Dingman