**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>     *Plaintiff*,<br><br>     *v.*<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>     *Defendants*. | Case No. 26-cv-00532-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY**
**RESTRAINING ORDER**

Upon consideration of the Motion by Plaintiff the World Professional Association for Transgender Health ("WPATH") for a Temporary Restraining Order, and WPATH's Emergency Motion for Immediate Consideration of Pending Motion for a Temporary Restraining Order, the Court ORDERS that:

1. Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**;

2. Defendant Federal Trade Commission, and anyone acting in concert with it, is hereby **ENJOINED** for fourteen days from litigating the claims asserted in *FTC v. WPATH*, 4:26-cv-748-O (N.D. Tex.), except as mandatory counterclaims brought before this

Court, and except as to any filings needed to inform the court in *FTC v. WPATH*, 4:26-cv-748-O (N.D. Tex.) of this Court's order;

3. Plaintiff is not required to post a bond for this order pursuant to Federal Rule of Civil Procedure 65(c);

4. Defendants shall file a status report with the Court within 24 hours of entry of this Order, confirming their compliance with this order and proposing a new scheduling order for briefing on WPATH's motion for a preliminary injunction.

**IT IS SO ORDERED**.

Dated: _____      _____

Hon. James E. Boasberg
Chief Judge, U.S. District Court for the District
of Columbia