**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WORLD PROFESSIONAL ASSOCIATION FOR TRANGENDER HEALTH,<br><br><br>   Plaintiff,<br><br><br>    v.<br><br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br><br>   Defendants | Case No. 26-532 (JEB) |

**NOTICE OF APPEARANCE OF JONATHAN COHEN FOR DEFENDANTS**

Jonathan Cohen, Chief Litigation Counsel for the Federal Trade Commission Bureau of Consumer Protection, hereby appears in this case as counsel for all Defendants. Mr. Cohen is a member in good standing of the bar of the District of Columbia and has submitted his registration to practice before this Court pursuant to LCvR 83.2(d). As Mr. Cohen is working to resolve PACER account login difficulties, his Appearance of Counsel form is attached here.

Dated: July 3, 2026                                    Respectfully submitted,

1

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan
  *Senior Counsel to the Director*
  Virginia State Bar No. 92580

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: RVaughan@FTC.gov

**CERTIFICATE OF SERVICE**

I, R. Cooper Vaughan, hereby certify that on July 3, 2026, I electronically filed this motion with the Court using the CM/ECF system.

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan