# Exhibit 5

**DECLARATION OF GLENNA GOLDIS**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify:

1.  I am an Assistant Director for Special Projects (Children and Adolescents) in the Bureau of Consumer Protection at the Federal Trade Commission. I am also one of the attorneys representing the FTC in *FTC, et al., v. World Professional Association for Transgender Health, Inc., et al.*, No. 4:26-cv-00748 (N.D. Tex.) ("Enforcement Action"). In my capacity as an Assistant Director, I participated in aspects of the investigation that led to the Enforcement Action. I also assisted with preparing the Enforcement Action Complaint. My role began on February 17, 2026.

2.  I am also familiar with *World Professional Association for Transgender Health v. FTC, et al.*, No. 1:26-cv-00532 (D.D.C.) ("CID Action"), in which a Defendant in the subsequent Enforcement Action (WPATH) sought to prevent the FTC from obtaining information through a Civil Investigative Demand ("CID"), among other relief. I have not appeared in the CID Action.

3.  In the CID Action, the Defendant speculates that the FTC may "have intentionally coordinated" with the Department of Justice "to obtain information from WPATH[.]" CID Action, ECF No. 46-1 at 8. I have no knowledge of any coordination between the FTC and DOJ to obtain information from WPATH that this Court's injunction barred the FTC from requesting under the CID. Nor do I have any reason to believe that such coordination occurred outside my personal knowledge.

4.  WPATH suggests that the alleged coordination relates to grand jury subpoenas issued from the Northern District of Texas. CID Action, ECF 45-1 at 3. I did not know about those subpoenas until after their issuance was made public. I have no knowledge that the FTC received any documents produced through these grand jury proceedings, nor do I have any reason to believe that we received such documents outside my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Glenna Goldis

Executed on July 6, 2026, in Washington, D.C.

1