# Exhibit 6

## DECLARATION OF JONATHAN COHEN
### Pursuant to 28 U.S.C. § 1746

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify:

1. I am Chief Litigation Counsel for the Bureau of Consumer Protection at the Federal Trade Commission. I am also one of the attorneys representing the FTC in *FTC, et al., v. World Professional Association for Transgender Health, Inc., et al.*, No. 4:26-cv-00748 (N.D. Tex.) ("Enforcement Action"). In my capacity as Chief Litigation Counsel, I oversaw aspects of the investigation that led to the Enforcement Action and provided various related advice. As a result of my role—which began when the investigation commenced—I personally observed team members work on the investigation and Enforcement Action.

2. I also represent the FTC in *World Professional Association for Transgender Health v. FTC, et al.*, No. 1:26-cv-00532 (D.D.C.) ("CID Action"), in which a Defendant in the subsequent Enforcement Action (WPATH) sought to prevent the FTC from obtaining information through a Civil Investigative Demand ("CID"), among other relief.

3. WPATH speculates that the FTC may "have intentionally coordinated" with the Department of Justice "to obtain information from WPATH[.]" CID Action, ECF No. 46-1 at 8. I have no knowledge of any coordination between the FTC and DOJ to obtain information from WPATH that this Court's injunction barred the FTC from requesting under the CID. Nor do I have any reason to believe that such coordination occurred outside my personal knowledge.

4. WPATH suggests that the alleged coordination relates to grand jury subpoenas issued from the Northern District of Texas. CID Action, ECF 45-1 at 3. The first I learned of any such subpoenas was June 30, 2026, in the evening, when I reviewed WPATH's filings: ECF Nos. 45-1 and 46-1. I have no knowledge that the FTC received any documents produced through these grand jury proceedings, nor do I have any reason to believe that we received such documents outside my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Jonathan Cohen

Executed on July 6, 2026, in Washington, D.C.