IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION et al.,

*Defendants*.

Civil Action No. 1:26-CV-00532-JEB

## NOTICE OF PROPOSED TESTIMONY

The FTC notifies the Court that, at tomorrow's TRO hearing, it is likely to call FTC Investigator Jonathan Bugbee to present live, in-person testimony (expected to last approximately 10-15 minutes). Investigator Bugbee will testify concerning factual allegations in WPATH's submissions related to grand jury materials. The FTC provided Plaintiff with notice more than 24 hours in advance of the hearing concerning Mr. Bugbee's proposed testimony.

Dated: July 8, 2026

Respectfully submitted,

<u>OF COUNSEL:</u>

LUCAS CROSLOW
  *General Counsel*
ALEX POTAPOV
  *Deputy General Counsel*

CHRISTOPHER MUFARRIGE
  *Director*, Bureau of Consumer Protection
KATHERINE WHITE
  *Principal Deputy Director*, Bureau of
Consumer Protection

Jonathan Cohen
  *Chief Litigation Counsel*
  D.C. Bar No. 48344

R. Cooper Vaughan
  *Senior Counsel to the Director*
  Virginia State Bar No. 92580

*/s/ Ethan D. Beck*
Ethan D. Beck
  *Counsel to the General Counsel*
  D.C. Bar No. 90024619

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

*Attorneys for Defendants*