IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

Case No. 1:26-cv-0532 (JEB)

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants request an extension of the deadlines to respond to Plaintiff's Motion for Discovery, ECF No. 46, and to answer or otherwise respond to the complaint, ECF No. 1. Those filings are currently due July 14 and July 22, respectively. Defendants seek to extend both deadlines to Tuesday, July 28, 2026. There is good cause to grant that relief. Extending these deadlines would align the timelines in this case and those in the enforcement action, where the Federal Trade Commission consented to the filing of a corresponding motion to extend WPATH's time to file an answer or a motion to dismiss to July 28. Plaintiff likewise consents to this motion.

Plaintiff filed its complaint on February 18, 2026. ECF No. 1. Defendants' response to the complaint is currently due July 22, 2026. *See* Minute Order (June 25, 2026). On June 30, 2026, Plaintiff filed a motion for discovery. ECF No. 46. Under Local Rule 7(b), Defendants' response is due July 14, 2026.

An extension of time is appropriate. The parties conferred regarding deadlines in this case and the Texas action. *See* Local Civ. R. 7(m). During those discussions, the FTC consented to WPATH's motion to extend the deadline for its responsive pleading and WPATH similarly consented to extending the deadlines at issue here. If both motions are granted, the parties' filings

will be due on the same day, July 28, 2026.  Moreover, counsel for Defendants have many competing deadlines and obligations, which render an extension necessary.

## CONCLUSION

For these reasons, the Court should grant this motion, extending the deadlines for Defendants to respond to the discovery motion and to answer or otherwise respond to the complaint to July 28, 2026.

Dated: July 10, 2026
      Washington, D.C.

Respectfully submitted,

OF COUNSEL:

JONATHAN COHEN
    *Chief Litigation Counsel*
    D.C. Bar No. 48344

LUCAS CROSLOW
    *General Counsel*

ALEX POTAPOV
    *Deputy General Counsel*

/s/ R. Cooper Vaughan

R. COOPER VAUGHAN
    *Senior Counsel to the Director*
    Virginia State Bar No. 92580

CHRISTOPHER MUFARRIGE
    *Director*, Bureau of Consumer Protection

KATHERINE WHITE
    *Principal Deputy Director*, Bureau of
    Consumer Protection

ETHAN D. BECK
    *Counsel to the General Counsel*
    D.C. Bar No. 90024619

BRETT A. SHUMATE
    *Assistant Attorney General, Civil Division*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

JOHN BAILEY
    *Counsel to the Assistant Attorney General*

DANIEL F. MUMMOLO
    *Counsel to the Assistant Attorney General*

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: (202) 514-6054
Email: daniel.f.mummolo@usdoj.gov

*Attorneys for the Defendants*

3