# Exhibit 1

**DECLARATION OF FTC INVESTIGATOR JONATHAN BUGBEE
PURSUANT TO 28 U.S.C. § 1746**

I, Jonathan Bugbee, have personal knowledge of the facts stated below and am competent to testify about them:

1.     I am a citizen of the United States and am over eighteen (18) years of age. I am employed as an Investigator assigned to the Federal Trade Commission's ("FTC") Bureau of Consumer Protection. My mailing address is 600 Pennsylvania Avenue, NW, Washington, D.C. 20580.

2.     I have been an Investigator with the FTC since October 2023. Prior to working at the FTC, I was a Labor-Law Investigator with the Department of Labor and Industry, Commonwealth of Pennsylvania from 2021 to 2023, and an Investigator/Special Agent with the United States Army Criminal Investigation Command from 2008 to 2017, assigned to conduct investigations into violations of Title 18 U.S.C. and the Uniform Code of Military Justice.

3.     I served for about 12 years on active duty in the United States Army and deployed several times to Iraq and Afghanistan where I served in combat operations, and then I left the Army 2017 as a Non-Commissioned Officer.

4.     Since November of 2025 I have been a Certified Fraud Examiner ("CFE"). The CFE certification is awarded by the Association of Certified Fraud Examiners. To become a CFE, I had to pass an exam which tested four

subject areas: (1) fraud prevention and deterrence; (2) fraudulent financial transactions; (3) fraud investigations; and (4) legal elements of fraud.

5. I have earned several IT and cybersecurity certifications from CompTIA, which is the Computing Technology Industry Association. I also attended the Department of Defense Cyber Investigations training academy and I'm a Certified Crisis Negotiator, and a Certified Child Forensic Interviewer.

6. I hold a Bachelor of Science in Computer Forensics and Digital Investigation from Champlain College, VT and a Certificate in Blockchain Technology also from that institution.

7. I have been assigned to work on the case *Federal Trade Commission v. WPATH*, No. 4:26-cv-00748-O.

8. As an FTC Investigator, my work typically involves conducting research, which consists of looking through various databases, documents, or other data sets to locate or analyze information; undercover work, typically posing as a consumer buying something; and custodial or chain-of-custody functions, which involve tracking documents or sometimes physical objects the agency receives from various sources.

9. In my experience, it is a standard practice in a law enforcement investigation to keep track of documents received which may be evidentiary in nature and I have received professional training in this practice. We need to be able to

explain what documents we have, where they came from, when we received them, and other related details.  I am the Investigator assigned to the WPATH matter, as well as the assigned records custodian.

10.    At the request of Bureau of Consumer Protection Acting Deputy Director Jonathan Cohen, I conducted a search of our electronic document storage systems for any documents the FTC may have received as a result of grand jury subpoenas issued in the Northern District of Texas.

11.    I began by reviewing the grand jury subpoenas which I located as Exhibit 1 attached to Document 047-1 on case 1:26-cv-00532-JEB and composed a list of search terms I thought could help me identify any documents produced in response to these subpoenas. *Table 1* below is the list of search terms I collected to use in my search.

*Table 1. List of Possible Search Terms*

| |
|---|
| Subpoena |
| grand jury |
| May 6, 2026 |
| U.S. Department of Justice |
| US Department of Justice |
| Department of Justice |
| DOJ |

| |
|---|
| Ethan Womble |
| Sex-Rejecting Procedures |
| January 1, 2020 |
| Rhode Island Hosp |
| Lucile Salter Packer Children's Hospital at Stanford |
| Bradley Cooper |
| certificate of authenticity of domestic business records |

12.    Between 7 July 2026 and 8 July 2026, I conducted searches of the two locations used by Bureau of Consumer Protection ("Bureau") case teams to store unique (non-duplicative) electronic records received from outside the agency.  These locations include:  (1) the designated folder for this matter on the share drive which is located on our FTC servers; and (2) on the Relativity database stored on CDS Legal servers, which is the parent company of Relativity.  Relativity is the FTCs contracted eDiscovery platform.

13.    Excluding copies, these locations are the only locations where records received should be stored in accordance with Bureau policy and I did not search any other locations.

14.    Because these locations also house draft copies of complaints, motions and other related attorney work products, my search encompassed these materials as well.

15.    I was unable to locate any materials produced from the N.D. Tex. grand jury materials in the document repositories available to the case team in this matter.

16.    I am unaware of any FTC employee who has received materials provided in response to these grand jury subpoenas nor have I received or am expected to receive any such documents.

17.    As records custodian it is customary I would normally be aware of any documents in this matter pending receipt from outside sources so I can prepare to receive such documents.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of July, 2026 in Washington, D.C.

Jonathan Bugbee (Jul 23, 2026 14:48:38 GMT+2)

Jonathan Bugbee
Investigator

Page 5 of 5