IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

*Plaintiff*,

v.                                                    Civil Action No. 1:26-CV-00532-JEB

FEDERAL TRADE COMMISSION et al.,

*Defendants*.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Discovery Regarding Potential Violations of

the Preliminary Injunction (ECF No. 46), the Court finds that Plaintiff has failed to raise a

significant question that the Defendants, or others in active concert or participation with the

Defendants, have violated the preliminary injunction issued in this matter.  Accordingly, it is

hereby ORDERED that Plaintiff's Motion is DENIED.

DATED: _____                    _____
                                                    James E. Boasberg
                                                    Chief Judge