IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WORLD PROFESSIONAL
ASSOCIATION FOR TRANSGENDER
HEALTH,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

Case No. 1:26-cv-0532 (JEB)

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants move to dismiss Plaintiff's complaint in its entirety for lack of jurisdiction (under Federal Rule of Civil Procedure 12(b)(1)) and for failure to state a claim upon which relief can be granted (under Federal Rule of Civil Procedure 12(b)(6)).  The reasons for Defendants' motion are set forth in the attached memorandum of points and authorities.

Dated:  July 28, 2026

OF COUNSEL:

LUCAS CROSLOW
  *General Counsel*

ALEX POTAPOV
  *Deputy General Counsel*

CHRISTOPHER MUFARRIGE
  *Director*, Bureau of Consumer
  Protection

KATHERINE WHITE
  *Principal Deputy Director*, Bureau of
  Consumer Protection

Respectfully submitted,

JONATHAN COHEN
  *Chief Litigation Counsel*
  D.C. Bar No. 48344

R. COOPER VAUGHAN
  *Senior Counsel to the Director*
  Virginia Bar No. 92580

/s/ Ethan D. Beck

ETHAN D. BECK
  *Counsel to the General Counsel*
  D.C. Bar No. 90024619

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2110
ebeck@ftc.gov

*Attorneys for the Defendants*

2