**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br>*Plaintiff*,<br><br>*v.*<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; and JOHN DOES 1–3, in their official capacities as Commissioners of the Federal Trade Commission,<br><br>*Defendants*. | Case No. 26-cv-00532-JEB |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR DISCOVERY REGARDING POTENTIAL VIOLATIONS OF THE PRELIMINARY INJUNCTION**

Plaintiff the World Professional Association for Transgender Health ("WPATH") respectfully submits this notice that it hereby withdraws its Motion for Discovery Regarding Potential Violations of the Preliminary Injunction, ECF 46.

Date: July 31, 2026
Washington, D.C.

*/s/ Caleb Hayes-Deats*
Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*