THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>*Defendants*. | Case No. 26-cv-00532-JEB |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully requests extensions for the deadlines for Plaintiff's Opposition to Defendants' Motion to Dismiss and for Defendants' Reply in support of its Motion to Dismiss. These filings are currently due on August 11, 2026, and August 18, 2026, respectively. The requested extensions would change these deadlines to August 18, 2026, and September 1, 2026, respectively. There is good cause to grant that relief. Defendants consent to this motion.

Defendants filed their Motion to Dismiss on July 28, 2026. ECF No. 61. Plaintiff's Opposition is currently due August 11, 2026. *See* Local Rule 7(b). Defendants' Reply is currently due on August 18, 2026. *See* Local Rule 7(d).

An extension of time is appropriate. The parties conferred regarding deadlines in this case on August 7, 2026. *See* Local Civ. R. 7(m). During those discussions, the FTC consented to WPATH's motion to extend the deadline for its Opposition, and WPATH similarly consented to extending the deadline for Defendants' Reply. If this motion is granted, Plaintiff's Opposition will be due on August 18, 2026, and Defendants' Reply with be due on September 1, 2026.

Counsel for both parties have many competing deadlines and obligations, which render these extensions necessary.

**CONCLUSION**

For these reasons, the Court should grant this motion, extending the deadlines for Plaintiff's Opposition to Defendants' Motion to Dismiss to August 18, 2026, and Defendants' Reply to September 1, 2026.

Respectfully submitted,

Date: August 7, 2026
Washington, D.C.

*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley [*admitted pro hac vice*]
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for WPATH*