**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,**

**Plaintiff,**

**v.**

**FEDERAL TRADE COMMISSION, *et al.*,**

**Defendants.**

**Civil Action No. 26-532 (JEB)**

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [61] Motion to Dismiss is GRANTED; and
2. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: October 29, 2026